Thomas V. Girardi (SBN 36603)
tgirardi@girardikeese.com
Graham B. LippSmith (SBN 221984)
glippsmith@girardikeese.com
**GIRARDI | KEESE**
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel: (213) 977-0211
Fax: (213) 481-1554

*Attorneys for Plaintiffs Barton,
Smith and the Proposed Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Case No.: M:08-CV-01913-CRB<br>MDL No. 1913<br>**JOINDER IN REQUEST FOR INTERIM CLASS COUNSEL**<br><br>Date: March 28, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Charles R. Breyer |

## I. INTRODUCTION

Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure and this Court's Local Rules, Plaintiff Barton and Smith through counsel submit this response in Support of Plaintiffs Donald Wortman, William Adams and Margaret Garcia's ("Plaintiffs") motion for appointment of Cotchett, Pitre & McCarthy ("CPM") as interim lead counsel.

## II. BACKGROUND WITH COTCHETT FIRM

The attorneys of Girardi and Keese firm have almost 40 years of experience in complex civil litigation. Tom Girardi has served as Lead Counsel, Co-Lead Counsel, or on an Executive Committee in complex litigations.

Girardi and Keese has experience working with Cotchett, Pitre & McCarthy ("CPM"). CPM has shown great skill in effectively and efficiently organizing and working with large numbers of plaintiffs and counsel in complex class action cases. CPM has demonstrated its ability to represent clients and classes in cases involving antitrust, consumer fraud, business torts, and mass torts, and our firm has worked with them on numerous cases.

## III. REQUEST FOR INTERIM COUNSEL

CPM has proposed that it be interim lead counsel pursuant to Fed. R. Civ. Proc. 23(g), and that an Executive Committee be established. The members of the Executive Committee would be designated responsibility for certain routes, and would through their work provide Lead Counsel with the ability to formulate pleadings and discovery in a more efficient manner. We believe that CPM could organize and lead a case of this nature and a Steering Committee would be essential.

A prime example is our role as class counsel along with other firms on behalf of purchasers of natural gas in California. In re Natural Gas Antitrust Cases I - IV, JCCP 4221 4224 4226 4228 (Superior Court, San Diego County). In those cases, we recovered over $2 billion on behalf of consumers overcharged for natural

gas during the California energy crisis in 2000 and 2001 through leadership and close work by a committee of firms.

We believe that the leadership structure proposed by CPM motion is the most appropriate, and support the CPM motion for that reason. This case will involve numerous complex issues involving the various routes at issue – e.g., between the United States and Japan, China, Singapore, Malaysia, Thailand, etc. Each of these routes will function almost as its own case.

### IV. SINGLE LEAD COUNSEL

CPM's proposal to have a single lead counsel, who will then appoint and manage firms designated to lead the case for each route provides the best mechanism to effectively and efficiently manage these complex cases. Moreover, we are aware of CPM'S competence and skill in antitrust class actions. We have great confidence in CPM's ability to manage this case in the best interests of the class, and respectfully suggest that the Court appoint CPM interim lead counsel pursuant to Fed. R. Civ. Proc. 23(g).

Dated:       March 6, 2008

GIRARDI | KEESE

Thomas V. Girardi
Graham B. LippSmith
**GIRARDI | KEESE**
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel: (213) 977-0211
Fax: (213) 481-1554

*Attorneys for Barton, Smith and the Proposed Class*

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1126 Wilshire Boulevard, Los Angeles, California 90017-1904.

    On March 7, 2008, I served the foregoing document described as **JOINDER IN REQUEST FOR INTERIM CLASS COUNSEL**, on all interested parties in this action as set forth on the attached service list in the following manner:

- ☑ **BY MAIL:** I am familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
- ☐ **BY FACSIMILE:** In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure §1013(e).
- ☐ **BY OVERNIGHT MAIL:** I caused said document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.
- ☐ **BY PERSONAL SERVICE:** By causing personal delivery of the document listed above to the person at the address set forth on the attached service list.
- ☐ **BY ELECTRONIC SERVICE:** I caused the above document to be emailed to the addressee.
- ☑ STATE    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
- ☑ FEDERAL    I declare that I am employed in the office of the member of the bar of this court at whose direction the service was made.

Executed on March 7, 2008 at Los Angeles, California.

_/s/ Anna Menedjian_
ANNA MENEDJIAN

*In re Transpacific Passenger Air Transportation Antitrust Litigation*
Case No. 08-cv-01913-CRB
MDL No. 1913

## SERVICE LIST

Scott D. Cunningham
**Condon & Forsyth LLP**
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067
Telephone: 310-557-2030
Facsimile: 310-557-1299
*Attorney for Defendant Air New Zealand*

Michael J. Holland
**Condon & Forsyth LLP**
7 Times Square, 18th Floor
New York, New York 10036
Tel: 212-490-9100
*Attorney for Defendant Air New Zealand*

Jesse Markham
Adam Brezine
**HOLME ROBERTS & OWEN LLP**
560 Mission St.
25th Floor
San Francisco, CA 94105
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
*Attorney for Defendant All Nippon Airways*

Yang Chen
**CONSTANTINE CANNON LLP**
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 350-2700
Facsimile: (212) 350-2701
*Attorney for Defendant All Nippon Airways*

Edward B. Schwartz
**DLA PIPER US LLP**
500 Eighth Street, N.W.
Washington, DC 20004
Tel: 202-799-4000
Fax: 202-799-5000
*Attorney for Defendant Cathay Pacific Airways*

\ \ \

PROOF OF SERVICE

James V. Dick
**Squire, Sanders & Dempsey LLP**
1201 Pennsylvania Avenue, N.W., Suite 500
Washington, D.C. 20004
Tel: 202-626-6600
Fax: 202-626-6780
*Attorney for Defendant China Airlines*

Christopher T. Casamassima
**KIRKLAND & ELLIS LLP**
777 South Figueroa Street
Los Angeles, California 90017-5800
Tel: 213-680-8400
Fax: 213-680-8500
*Attorney for Defendant EVA Airways*

William Karas
**Steptoe & Johnson LLP**
Washington, D.C. 20036
Tel: 202-429-8126
Fax: 202-429-8126
*Attorney for Defendant Japan Airlines International*

David A. Senior
Benjamin D. Weston
**McBreen & Senior**
2029 Century Park East, Third Floor
Los Angeles, CA 90067
Tel: 310-552-5300
Fax: 310-552-1205
*Attorney for Defendant Malaysia Airlines*

W. Todd Miller
Kimberly N. Shaw
**Baker & Miller PLLC**
2401 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20037
Tel: 202-663-7820
Fax: 202-663-7849
*Attorney for Defendant Qantas Airways*

1  Michael A. Duncheon
   Lisa M. Pooley
2  **Hanson Bridgett Marcus Vlahos Rudy**
   425 Market Street, 26th Floor
3  San Francisco, CA 94105
   Telephone: (415) 995-5015
4  Facsimile: (415) 541-9366
5  *Attorney for Defendant Qantas Airways*

6

7  William R. Sherman
   **Latham & Watkins LLP**
8  555 Eleventh Street, N.W., Suite 1000
   Washington, DC 20004
9  Tel: 202-637-2200
   Fax: 202-637-2201
10 *Attorney for Defendant Singapore Airlines*

11

12 Katherine A. Levine
   **Cravath, Swaine & Moore LLP**
13 825 Eighth Avenue, 4044 D
   New York, NY 10019
14 Tel: 212-474-1684
15 Fax: 212-474-3700
   *Attorney for Defendant Thai Airways*

16

17 Richard J. Favretto
   **Mayer Brown LLP**
18 1909 K. Street N.W.
19 Washington, DC 20006
   Tel: 202-263-3250
20 Fax: 202-263-3300
   *Attorney for Defendant United Airlines*
21

22

23

24

25

26

27

28

4

PROOF OF SERVICE