Bruce L. Simon (Bar No. 96241)
 bsimon@psswplaw.com
Esther L. Klisura (Bar No. 221171)
 eklisura@psswplaw.com
PEARSON, SIMON, SOTER, WARSHAW
 & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:  (415) 433-9000
Facsimile:   (415) 433-9008

Thomas V. Girardi (Bar No. 36603)
 tgirardi@girardikeese.com
J. Paul Sizemore (Bar No. 254981)
 jsizemore@girardikeese.com
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA 91101
Telephone:  (213) 977-0211
Facsimile:   (213) 481-1554

[Additional counsel listed on signature page]
*Counsel for Plaintiffs Franklyn Ajaye, Ming-Chun Wu Chen, Tzu-Chiao Chen, Rayna Rusenko, Titi Tran, Boris Zingerman, and Galina Zingerman*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA  (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE TRANSPACIFIC AIR PASSENGER ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO. M08-CV-1913 CRB<br><br>MDL No. 1913<br><br>**JOINDER OF PLAINTIFFS FRANKLYN AJAYE, MING-CHUN WU CHEN, TZU-CHIAO CHEN, RAYNA RUSENKO, TITI TRAN, BORIS ZIMMERMAN AND GALINA ZIMMERMAN IN MOTION TO APPOINT INTERIM LEAD CLASS COUNSEL BY PLAINTIFFS WORTMAN, ET AL.**<br><br>Date:   March 28, 2008<br>Time:   10:00 a.m.<br>Ctrm:   8, 19th Floor<br>Judge: Honorable Charles R. Breyer |

## I. Introduction

Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure and this Court's Local Rules, Pearson, Simon, Soter, Warshaw & Penny, LLP ("PSSWP") and Girardi Keese ("Girardi"), on behalf of plaintiffs Franklyn Ajaye, Ming-Chun Wu Chen, Tzu-Chiao Chen, Rayna Rusenko, Titi Tran, Boris Zimmerman, and Galina Zimmerman ("Ajaye Plaintiffs"), address the two pending motions for appointment of interim lead class counsel.[1]  For the reasons discussed below, PSSWP and Girardi submit that the firm of Cotchett, Pitre & McCarthy ("CPM") should be appointed interim lead class counsel, and hereby join in the motion made by that firm.

## II. Argument

Interim lead class counsel should be appointed under Federal Rule of Civil Procedure 23(g) to protect the interests of the proposed class prior to class certification.  PSSWP or Girardi would be qualified to be lead or co-lead class counsel in this case, and their experience and qualifications under Rule 23(g) compare favorably to the other plaintiffs' counsel in this proceeding.  However, PSSWP and Girardi are not seeking a lead position because they believe that consensus and private ordering is preferred.  Private ordering, wherein plaintiffs' counsel agree amongst themselves, is the most common approach to the selection of interim lead class counsel.  *Manual for Complex Litigation (Fourth)*, § 21.272.

Both CPM and Cohen, Milstein, Hausfeld & Toll, P.L.L.C. ("CMHT") deserve substantial credit for the job they did as co-lead counsel in *In re International Air Transportation Surcharge Antitrust Litig.*, MDL No. 1793 (N.D. Cal.) ("*Air Passenger*").  As the Court knows, Bruce L. Simon of PSSWP, was involved in the initial stages of that case while he was a partner with the

---

[1] This pleading responds to the following two motions:
- (1) Plaintiffs Donald Wortman, William Adams and Margaret Garcia's Motion for Appointment of Interim Lead Counsel, February 20, 2008; and
- (2) Plaintiffs Rachel Diller and Trong Nguyen's Notice of Motion and Motion for Appointment of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as Interim Class Counsel; Memorandum of Points and Authorities, February 22, 2008.

1  predecessor firm to CPM. Accordingly, he is familiar with how that case was started and
2  organized. PSSWP and Girardi are also very familiar with the instant litigation and have done
3  their own investigation into the claims being asserted herein.
4       PSSWP and Girardi believe that the Court should appoint CPM as interim lead class
5  counsel. CPM filed the first complaint, and it is apparent from that complaint and their moving
6  papers that they conducted an extensive investigation of the claims. They took the lead in getting
7  the case transferred to the Northern District of California, and they have rallied the support of
8  many of the other plaintiffs. CPM has also stated that it would work in a collegial fashion with
9  other counsel and establish a Steering Committee to help run the case.
10       To the extent the Court chooses to appoint a Steering Committee of plaintiffs' counsel to
11  assist in the prosecution of this action, PSSWP and Girardi respectfully request that they be
12  appointed to any such committee. PSSWP and Girardi specialize in this type of multidistrict
13  litigation. Also, their attorneys have experience in antitrust class actions. Both firms have shown
14  that they can manage a case like this in an efficient and cost-effective manner. This Court is
15  familiar with both firms and what they can do. They would bring added value to any leadership
16  structure ordered by the Court.

**III.  Conclusion**

18       For the foregoing reasons, PSSWP and Girardi, on behalf of the Ajaye Plaintiffs, support
19  CPM as interim lead class counsel pursuant to Rule 23(g), and seek a position on any Steering
20  Committee established in the case.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

JOINDER IN MOTION TO APPOINT INTERIM LEAD CLASS COUNSEL
CASE NO. 08-CV-1913-CRB                                    3

| | | | |
|---|---|---|---|
| 1 | DATED: March 7, 2008 | By: | /s/ Bruce L. Simon |

Bruce L. Simon (Bar No. 92641)
  bsimon@psswplaw.com
Esther L. Klisura (Bar No. 221171)
  eklisura@psswplaw.com
PEARSON, SIMON, SOTER, WARSHAW
& PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 433-9000
Facsimile:   (415) 433-9008

Clifford H. Pearson (Bar No. 108523)
  cpearson@psswplaw.com
Gary S. Soter (Bar No. 67622)
  gsoter@psswplaw.com
Daniel L. Warshaw (Bar No. 185365)
  dwarshaw@psswplaw.com
PEARSON, SIMON, SOTER, WARSHAW
& PENNY, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone:   (818) 788-8300
Facsimile:   (818) 788-8104

Thomas V. Girardi (Bar No. 36603)
  tgirardi@girardikeese.com
J. Paul Sizemore (Bar No. 254981)
  jsizemore@girardikeese.com
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA 91101
Telephone:   (213) 977-0211
Facsimile:   (213) 481-1554

*Counsel for Plaintiffs Franklyn Ajaye, Ming-Chun Wu Chen, Tzu-Chiao Chen, Rayna Rusenko, Titi Tran, Boris Zingerman, and Galina Zingerman*