1  Bruce L. Simon (Bar No. 96241)
       bsimon@psswplaw.com
2  Esther L. Klisura (Bar No. 221171)
       eklisura@psswplaw.com
3  PEARSON, SIMON, SOTER, WARSHAW
       & PENNY, LLP
4  44 Montgomery Street, Suite 1200
   San Francisco, CA  94104
5  Telephone:  (415) 433-9000
   Facsimile:   (415) 433-9008
6
   Thomas V. Girardi (Bar No. 36603)
7     tgirardi@girardikeese.com
   J. Paul Sizemore (Bar No. 254981)
8     jsizemore@girardikeese.com
   GIRARDI KEESE
9  1126 Wilshire Boulevard
   Los Angeles, CA 91101
10 Telephone:  (213) 977-0211
   Facsimile:   (213) 481-1554
11
   [Additional counsel listed on signature page]
12 *Counsel for Plaintiffs Franklyn Ajaye, Ming-Chun*
   *Wu Chen, Tzu-Chiao Chen, Rayna Rusenko, Titi*
13 *Tran, Boris Zingerman, and Galina Zingerman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA  (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE TRANSPACIFIC AIR PASSENGER ANTITRUST LITIGATION | CASE NO. M08-CV-1913 CRB<br><br>MDL No. 1913 |
| This Document Relates to:<br><br>ALL ACTIONS | **PROOF OF SERVICE** |

**PROOF OF SERVICE**

*IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION*

Case No. M08-CV-1913 CRB

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

    I am employed in the County of SAN FRANCISCO, STATE OF CALIFORNIA. My business address is 44 Montgomery Street, Suite 1200, San Francisco, California 94104. I am over the age of eighteen years and am not a party to the within action;

    On March 7, 2008, I served the following document(s) entitled:

**JOINDER OF PLAINTIFFS FRANKLYN AJAYE, MING-CHUN WU CHEN, TZU-CHIAO CHEN, RAYNA RUSENKO, TITI TRAN, BORIS ZIMMERMAN AND GALINA ZIMMERMAN IN MOTION TO APPOINT INTERIM LEAD CLASS COUNSEL BY PLAINTIFFS WORTMAN, ET AL.**

on ALL INTERESTED PARTIES in this action as follows:

**SEE ATTACHED LIST**

__X__ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

__X__ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Francisco, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on March 7, 2008 at San Francisco, California.

_____
Cynthia Thomas

# SERVICE LIST

*IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION*

Case No. M08-CV-1913 CRB

**Parties Served by Electronic Notice:**

| | |
|---|---|
| Joseph W. Cotchett<br>Aron K. Liang<br>Nanci Eiko Nishimura<br>Douglas Yongwoon Park<br>Neil Swartzberg<br>Steven Noel Williams<br>COTCHETT, PITRE & McCARTHY<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010 | Counsel for Plaintiffs Donald Wortman, William Adams, and Margaret Garcia |
| Walter J. Lack<br>Elizabeth Lane Crooke<br>Richard Pollard Kinnan<br>ENGSTROM, LIPSCOMB & LACK<br>10100 Santa Monica Blvd., 16th Floor<br>Los Angeles, CA 90067 | Counsel for Plaintiffs Donald Wortman, William Adams, and Margaret Garcia |

**Parties Served By U.S. Mail:**

| | |
|---|---|
| Thomas Girardi<br>Graham B. LippSmith<br>GIRARDI KEESE<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90017 | Counsel for Plaintiffs Andrew Barton and Tracey Wadmore Smith |
| Robert C. Baker<br>BAKER, KEENER & NAHRA, LLP<br>633 West 5th Street, Suite 5400<br>Los Angeles, CA 90071 | Counsel for Plaintiffs Matthew Evans and Clyde H. Campbell, Jr. |
| Guido Saveri<br>R. Alexander Saveri<br>Cadio Zirpoli<br>SAVERI & SAVERI<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111 | Counsel for Plaintiffs Thomas Schelly, Michael Benson, Tori Kitagawa, Justin LaBarge, Scott Frederick, Lolly Randall |
| Steven J. Serratore<br>SERRATORE-AMES, LLP<br>9595 Wilshire Blvd., Suite 201<br>Beverly Hills, CA 90212 | Counsel for Plaintiffs Thomas Schelly, Michael Benson, and Tori Kitagawa |

| | | |
|---|---|---|
| 1 | Randy R. Renick<br>LAW OFFICES OF RANDY RENICK | Counsel for Plaintiffs Thomas Schelly,<br>Michael Benson, and Tori Kitagawa |
| 2 | 128 N. Fair Oaks Ave., Suite 204<br>Pasadena, CA 91103 | |
| 3 | | |
| 4 | Daniel C. Girard<br>Aaron M. Sheanin | Counsel for Plaintiff Mark Foy |
| 5 | Elizabeth C. Pritzker<br>Steven G. Tidrick<br>GIRARD GIBBS, LLP | |
| 6 | 601 California Street, Suite 1400<br>San Francisco, CA 94108 | |
| 7 | | |
| 8 | C. Donald Amamgbo<br>AMAMGBO & ASSOCIATES, APC | Counsel for Plaintiffs Robert Casteel III,<br>Uchenna Udemezue, and Steve Ike |
| 9 | 7901 Oakport Street, Suite 4900<br>Oakland, CA 94621 | |
| 10 | Brian Joseph Barry<br>LAW OFFICES OF BRIAN BARRY | Counsel for Plaintiffs Woodrow Clark II and<br>James Evans |
| 11 | 1801 Avenue of the Stars, Suite 307<br>Los Angeles, CA 90067 | |
| 12 | | |
| 13 | Allen Steyer<br>STEYER LOWENTHAL BOODROOKAS | Counsel for Plaintiffs Rachel Diller and Trong<br>Nguyen |
| 14 | ALVAREZ & SMITH, LLP<br>One California Street, Third Floor<br>San Francisco, CA 94104 | |
| 15 | | |
| 16 | Michael D. Hausfeld<br>Charles E. Tompkins | Counsel for Plaintiffs Rachel Diller and Trong<br>Nguyen |
| 17 | Andrea L. Hertzfeld<br>Hilary K. Ratway | |
| 18 | James J. Pizzirusso<br>COHEN, MILSTEIN, HAUSFELD & TOLL,<br>P.L.L.C. | |
| 19 | 1100 New York Avenue, N.W.<br>West Tower, Suite 500 | |
| 20 | Washington, DC 20005-3934 | |
| 21 | Serman Kassof<br>LAW OFFICES OF SERMAN KASSOF | Counsel for Plaintiffs Martin Kaufman,<br>Ireatha Diane Mitchell, Rosemary Senger, and |
| 22 | 954 Risa Road, Suite B<br>Lafayette, CA 94549 | Lemuel Schenck |
| 23 | | |
| 24 | Brian S. Kabateck<br>Richard Kellner | Counsel for Plaintiff Meor Adlin |
| 25 | KABATECK BROWN KELLNER, LLP<br>644 Figueroa Street | |
| 26 | Los Angeles, CA 90071 | |
| 27 | Lori S. Brody<br>KAPLAN FOX & KILSHEIMER, LLP | Counsel for Plaintiff Stephen Gaffigan |
| 28 | 1801 Century Park East, Suite 1460<br>Los Angeles, CA 90067 | |

| | | |
|---|---|---|
| 1 | Laurence D. King | Counsel for Plaintiff Stephen Gaffigan |
| 2 | KAPLAN FOX & KILSHEIMER, LLP | |
|   | 350 Sansome Street, Suite 400 | |
| 3 | San Francisco, CA 94104 | |
| 4 | William Pinilis | Counsel for Plaintiff Stephen Gaffigan |
|   | KAPLAN FOX & KILSHEIMER, LLP | |
| 5 | 160 Morris Street | |
|   | Morristown, NJ 07960 | |
| 6 | | |
|   | Robert N. Kaplan | Counsel for Plaintiff Stephen Gaffigan |
| 7 | Donald R. Hall | |
|   | Jason A. Zweig | |
| 8 | KAPLAN FOX & KILSHEIMER, LLP | |
|   | 850 Third Avenue, 14th Floor | |
| 9 | New York, NY 10022 | |
| 10 | Gabe Halpern | Counsel for Plaintiff Stephen Gaffigan |
|    | PINILIS & HALPERN | |
| 11 | 160 Morris Street | |
|    | Morristown, NJ 07960 | |
| 12 | | |
|    | Cheryl Hamer | Counsel for Plaintiff Judah M. Feigenbaum |
| 13 | POMERANTZ HAUDEK BLOCK | |
|    | GROSSMAN & GROSS | |
| 14 | 840 Malcolm Road | |
|    | Burlingame, CA 94010 | |
| 15 | | |
|    | Michael Buckman | Counsel for Plaintiff Judah M. Feigenbaum |
| 16 | J. Douglas Richards | |
|    | POMERANTZ HAUDEK BLOCK | |
| 17 | GROSSMAN & GROSS | |
|    | 100 Park Avenue | |
| 18 | New York, NY 10019 | |
| 19 | Jiangxiao Athena Hou | Counsel for Plaintiff Micah Abrams |
|    | Matthew Rutledge Schultz | |
| 20 | Patrick Bradford Clayton | |
|    | ZELLE, HOFFMAN, VOELBEL, MASON & | |
| 21 | GETTE, LLP | |
|    | 44 Montgomery Street, Suite 3400 | |
| 22 | San Francisco, CA 94104 | |
| 23 | Eugene A. Spector | Counsel for Plaintiff Justin LaBarge |
|    | William G. Caldes | |
| 24 | SPECTOR, ROSEMAN, KODROFF, P.C. | |
|    | 1818 Market Street, Suite 2500 | |
| 25 | Philadelphia, PA 19103 | |
| 26 | | |
| 27 | | |
| 28 | | |

4
**PROOF OF SERVICE**

| | | |
|---|---|---|
| 1 | Garrett D. Blanchfield, Jr. | Counsel for Plaintiff Scott Frederick |
|   | Mark Reinhardt | |
| 2 | REINHARDT WENDORF & BLANCHFIELD | |
|   | East 1250 First National Bank Building | |
| 3 | 322 Minnesota Street | |
|   | St. Paul, MN 55101 | |
| 4 | | |
|   | John G. Emerson, Jr. | Counsel for Plaintiffs Lolly Randall and |
| 5 | Scott E. Poynter | Christian Duke |
|   | EMERSON POYNTER, LLP | |
| 6 | The Museum Center | |
|   | 500 President Clinton Avenue, Suite 305 | |
| 7 | Little Rock, AR 72201 | |
|   | | |
| 8 | Brian P. Murray | Counsel for Plaintiff Christian Duke |
|   | Lawrence D. McCabe | |
| 9 | MURRAY FRANK & SAILER, LLP | |
|   | 275 Madison Avenue | |
| 10 | New York, NY 10016 | |
|   | | |
| 11 | B.J. Wade | Counsel for Plaintiff Christian Duke |
|   | GLASSMAN EDWARDS WADE & WYATT, | |
| 12 | P.C. | |
|   | 26 N. Second Street | |
| 13 | Memphis, TN 38103 | |
|   | | |
| 14 | Pierce O'Donnell | Counsel for David F. Murphy and David Kuo |
|   | Robert M. Brava-Partain | |
| 15 | Gregory Jonathon Mann | |
|   | O'DONNELL & ASSOCIATES PC | |
| 16 | 550 South Hope Street, Suite 1000 | |
|   | Los Angeles, CA 90071 | |
| 17 | | |
|   | Michael J. Holland | Counsel for Defendant Air New Zealand |
| 18 | CONDON & FORSYTH, LLP | |
|   | 7 Times Square, 18th Floor | |
| 19 | New York, NY 10036 | |
|   | | |
| 20 | Douglas E. Rosenthal | Counsel for Defendant All Nippon Airways |
|   | CONSTANTINE CANNON, LLP | |
| 21 | 1627 Eye Street, N.W., 10th Floor | |
|   | Washington, DC 20006 | |
| 22 | | |
|   | Edward B. Schwartz | Counsel for Defendant Cathay Pacific |
| 23 | DLA PIPER US, LLP | Airways |
|   | 500 Eighth Street, N.W. | |
| 24 | Washington, DC 20004 | |
|   | | |
| 25 | James V. Dick | Counsel for Defendant China Airlines |
|   | SQUIRE, SANDERS & DEMPSEY, LLP | |
| 26 | 1201 Pennsylvania Avenue, N.W., Suite 500 | |
|   | Washington, DC 20004 | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | David Kirstein<br>KIRSTEIN & YOUNG, PLLC | Counsel for Defendant EVA Airlines |
| 2 | 1750 K Street, N.W., Suite 200<br>Washington, DC 20006 | |
| 3 | | |
| 4 | William Karas<br>STEPTOE & JOHNSON, LLP | Counsel for Defendant Japan Airlines |
| 5 | 1330 Connecticut Avenue, N.W.<br>Washington, DC 20006 | |
| 6 | David A. Senior | Counsel for Defendant Malaysia Airlines |
| 7 | Benjamin D. Weston<br>McBREEN & SENIOR | |
| 8 | 2029 Century Park East, Third Floor<br>Los Angeles, CA 90067 | |
| 9 | W. Tod Miller | Counsel for Defendant Qantas Airways |
| 10 | BAKER & MILLER, PLLC<br>2401 Pennsylvania Avenue, N.W., Suite 300<br>Washington, DC 20037 | |
| 11 | | |
| 12 | William R. Sherman<br>LATHAM & WATKINS, LLP | Counsel for Defendant Singapore Airlines |
| 13 | 555 Eleventh Street, N.W., Suite 1000<br>Washinton, DC 20004 | |
| 14 | Mark S. Priver | Counsel for Defendant Thai Airways |
| 15 | OHASHI & PRIVER<br>140 South Lake Ave., Suite 208<br>Pasadena, CA 91101 | |
| 16 | | |
| 17 | Katherine A. Levine<br>CRAVATH, SWAINE & MOORE, LLP | Counsel for Defendant Thai Airways |
| 18 | 825 Eighth Avenue, 4044D<br>New York, NY 10019 | |
| 19 | Richard J. Favretto | Counsel for Defendant United Airlines |
| 20 | MAYER BROWN, LLP<br>1909 K Street N.W.<br>Washington, DC 20006 | |
| 21 | Aaron M. Sheanin<br>GIRARD GIBBS LLP | Counsel for Plaintiffs Donald Wortman,<br>William Adams, and Margaret Garcia |
| 22 | 60 California Street, Suite 1400<br>San Francisco, CA 94108 | |
| 23 | | |
| 24 | Michael Paul Lehmann<br>Jon T. King | Counsel for Plaintiffs Rachel Diller and<br>Trong Nguyen |
| 25 | COHEN, MILSTEIN, HAUSFELD & TOLL,<br>P.L.L.C. | |
| 26 | One Embarcadero Center, Suite 2440<br>San Francisco, CA 94111 | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Mario Nunzio Alioto<br>Lauren Clare Russell<br>TRUMP ALIOTO TRUMP & PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, CA 94123 | Counsel for Plaintiffs Martin Kaufman, Ireatha Diane Mitchell, Rosemary Senger, and Lemuel Schenck |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | Joseph Marid Patane<br>LAW OFFICE OF JOSEPH M. PATANE<br>2280 Union Street<br>San Francisco, CA 94123 | Counsel for Plaintiffs Martin Kaufman, Ireatha Diane Mitchell, Rosemary Senger, and Lemuel Schenck |
| 6 | | |
| 7 | Craig C. Corbitt<br>ZELLE, HOFFMAN, VOELBEL, MASON & GETTE, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104 | Counsel for Plaintiff Micah Abrams |
| 8 | | |
| 9 | | |
| 10 | Derek G. Howard<br>MURRAY & HOWARD, LLP<br>436 14th Street, Suite 1413<br>Oakland, CA 94612 | Counsel for Plaintiff Brendan G. Maloof |
| 11 | | |
| 12 | | |
| 13 | Reginald Von Terrell<br>THE TERRELL LAW GROUP<br>223 25th Street<br>Richmond, CA 94804 | Counsel for Plaintiffs Robert Casteel III, Uchenna Udemezue, and Steve Ike |
| 14 | | |
| 15 | Jeff S. Westerman<br>MILBERG WEISS, LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA 90071 | Counsel for 3rd Party Plaintiff Lori Barrett |
| 16 | | |
| 17 | | |
| 18 | Adam Paul Brezine<br>HOLME ROBERTS & OWEN<br>One Maritime Plaza, Suite 2400A<br>San Francisco, CA 94111 | Counsel for Defendant All Nippon Airways |
| 19 | | |
| 20 | | |
| 21 | John F. Cove, Jr.<br>Dean Michael Harvey<br>Kenneth Fisher Rossman<br>BOIES, SCHILLER & FLEXNER, LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | Counsel for Defendant Northwest Airlines |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

7
**PROOF OF SERVICE**