O'DONNELL & ASSOCIATES P.C.
PIERCE O'DONNELL (State Bar No. 081298)
GREGORY J. MANN (State Bar No. 200578)
ROBERT M. PARTAIN (State Bar No. 221477)
550 South Hope Street, Suite 1000
Los Angeles, CA 90071
Telephone: (213) 347-0290
Fax: (213) 347-0299

Attorneys for DAVID FRANK
MURPHY, DAVID KUO and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | CASE NO.: M:08-cv-01913-CRB<br>MDL No. 1913<br>**NOTICE OF APPEARANCE** |
|---|---|
| This Document Relates to:<br>ALL ACTIONS | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that attorneys Pierce O'Donnell, Gregory Mann, and Robert M. Partain, and the law firm O'Donnell and Associates, hereby appear in this matter as class counsel for the case entitled *Murphy v. Air New Zealand*, Case No. 2:08-cv-01214-R-PJW (C.D. Cal.), which counsel believes will shortly become a "tag along" action to MDL No. 1913.

DATED: March 10, 2008           O'DONNELL & ASSOCIATES PC


                                By:      /s/ Robert M. Partain
                                    ROBERT M. PARTAIN
                                    Attorneys for Plaintiffs DAVID FRANK
                                    MURPHY and DAVID KUO

---

Case No. M:08-cv-01913-CRB: Notice of Appearance

1

# PROOF OF SERVICE

*IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION*

Case No. M:08-cv-01913-CRB

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 550 South Hope Street, Suite 1000, Los Angeles, California 90071.

On March 10, 2008, I served the foregoing document described as:

**NOTICE OF APPEARANCE**

on ALL INTERESTED PARTIES in this action as follows:

**SEE ATTACHED LIST**

☒ **By CM/ECF NOTICE OF ELECTRONIC FILING:** by causing the document(s) listed above to be served by means of this Court's electronic transmission of the Notice of Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

☒ **By MAIL:** by placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as stated above. I caused such envelope to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid to the office/residences of the addressees. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 10, 2008, Los Angeles, California.

          /s/ Andrew Owen  
          ANDREW OWEN

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | *IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION* |
| 3 | Case No. M:08-cv-01913-CRB |

**Parties Served By Electronic Notice**:

| | |
|---|---|
| Joseph W. Cotchett<br>Aron K. Liang<br>Nanci Eiko Nishimura<br>Douglas Yongwoon Park<br>Neil Swartzberg<br>Steven Noel Williams<br>COTCHETT, PITRE & McCARTHY<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010 | Counsel for Plaintiffs Donald Wortman, William Adams, and Margaret Garcia |
| Walter J. Lack<br>Elizabeth Lane Crooke<br>Richard Pollard Kinnan<br>ENGSTROM, LIPSCOMB & LACK<br>10100 Santa Monica Blvd., 16th Floor<br>Los Angeles, CA 90067 | Counsel for Plaintiffs Donald Wortman, William Adams, and Margaret Garcia |

**Parties Served by U.S. Mail**:

| | |
|---|---|
| Thomas Girardi<br>Graham B. LippSmith<br>GIRARDI KEESE<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90017 | Counsel for Plaintiffs Andrew Barton and Tracey Wadmore Smith |
| Robert C. Baker<br>BAKER, KEENER & NAHRA, LLP<br>633 West 5th Street, Suite 5400<br>Los Angeles, California 90071 | Counsel for Plaintiffs Matthew Evans and Clyde H. Campbell, Jr. |
| Guido Saveri<br>R. Alexander Saveri<br>Cadio Zirpoli<br>SAVERI & SAVERI<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111 | Counsel for Plaintiffs Thomas Schelly, Michael Benson, Tori Kitagawa, Justin LaBarge, Scott Fredrick, Lolly Randall |
| Steven J. Serratore<br>SERRATORE-AMES, LLP<br>9595 Wilshire Blvd., Suite 201<br>Beverly Hills, CA 90212 | Counsel for Plaintiffs Thomas Schelly, Michael Benson, and Tori Kitagawa |

| | | |
|---|---|---|
| 1 | Randy R. Renick<br>LAW OFFICES OF RANDY RENICK<br>128 N. Fair Oaks Ave., Suite 204<br>Pasadena, CA 91103 | Counsel for Plaintiffs Thomas Schelly, Michael Benson, and Tori Kitagawa |
| 2-7 | Daniel C. Girard<br>Aaron M. Sheanin<br>Elizabeth C. Pritzker<br>Steven G. Tidrick<br>GIRARD GIBBS, LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108 | Counsel for Plaintiff Mark Fay |
| 8-10 | C. Donald Amamgbo<br>AMAMGBO & ASSOCIATES, APC<br>7901 Oakport Street, Suite 4900<br>Oakland, CA 94621 | Counsel for Plaintiffs Robert Casteel III, Uchenna Udemezue, and Steve Ike |
| 11-13 | Brian Joseph Barry<br>LAW OFFICES OF BRIAN BARRY<br>1801 Avenue of the Stars, Suite 307<br>Los Angeles, CA 90067 | Counsel for Plaintiffs Woodrow Clark II and James Evans |
| 14-16 | Allen Steyer<br>STEYER LOWENTHAL BOODROOKAS<br>ALVAREZ & SMITH, LLP<br>One California Street, Third Floor<br>San Francisco, CA 94104 | Counsel for Plaintiffs Rachel Diller and Trang Nguyen |
| 17-22 | Michael D. Hausfeld<br>Charles E. Tompkins<br>Andrea L. Hertzfeld<br>Hilary K. Ratway<br>James J. Pizzirusso<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, DC 20005-3934 | Counsel for Plaintiffs Rachel Diller and Trang Nguyen |
| 23-25 | Serman Kassof<br>LAW OFFICES OF SERMAN KASSOF<br>954 Risa Road, Suite B<br>Lafayette, CA 94549 | Counsel for Plaintiffs Martin Kaufman, Ireatha Diane Mitchell, Rosemary Senger, and Lemuel Schenck |

**PROOF OF SERVICE**
**3**

| | | |
|---|---|---|
| 1 | | |
| 2 | Brian S. Kabateck | Counsel for Plaintiff Meor Adlin |
| 3 | Richard Kellner<br>KABATECK BROWN KELLNER, LLP | |
| 4 | 644 Figueroa Street<br>Los Angeles, CA 90071 | |
| 5 | Lori S. Brody | Counsel for Plaintiff Stephen Gaffigan |
| 6 | KAPLAN FOX & KILSHEIMER, LLP<br>1801 Century Park East, Suite 1460 | |
| 7 | Los Angeles, CA 90067 | |
| 8 | Laurence D. King | Counsel for Plaintiff Stephen Gaffigan |
| 9 | KAPLAN FOX & KILSHEIMER, LLP<br>350 Sansome Street, Suite 400 | |
| 10 | San Francisco, CA 94104 | |
| 11 | William Pinilis | Counsel for Plaintiff Stephen Gaffigan |
| 12 | KAPLAN FOX & KILSHEIMER, LLP<br>160 Morris Street | |
| 13 | Morristown, NJ 07960 | |
| 14 | Robert N. Kaplan | Counsel for Plaintiff Stephen Gaffigan |
| 15 | Donald R. Hall<br>Jason A. Zweig | |
| 16 | KAPLAN FOX & KILSHEIMER, LLP<br>850 Third Avenue, 14th Floor | |
| 17 | New York, NY 10022 | |
| 18 | Gabe Halpern | Counsel for Plaintiff Stephen Gaffigan |
| 19 | PINILIS & HALPERN .<br>160 Morris Street | |
| 20 | Morristown, NJ 07960 | |
| 21 | Cheryl Hamer | Counsel for Plaintiff Judah M. Feigenbaum |
| 22 | POMERANTZ HAUDEK BLOCK<br>GROSSMAN & GROSS | |
| 23 | 840 Malcolm Road<br>Burlingame, CA 94010 | |
| 24 | Michael Buckman | Counsel for Plaintiff Judah M. Feigenbaum |
| 25 | J. Douglas Richards<br>POMERANTZ HAUDEK BLOCK | |
| 26 | GROSSMAN & GROSS<br>100 Park Avenue | |
| 27 | New York, NY 10019 | |
| 28 | | |

**PROOF OF SERVICE**
**4**

| | | |
|---|---|---|
| 1 | | |
| 2 | Jiangxiao Athena Hou | Counsel for Plaintiff Micah Abrams |
| | Matthew Rutledge Schultz | |
| 3 | Patrick Bradford Clayton | |
| | ZELLE, HOFFMAN, VOELBEL, MASON & | |
| 4 | GETTE, LLP | |
| | 44 Montgomery Street, Suite 3400 | |
| 5 | San Francisco, CA 94104 | |
| 6 | | |
| | Eugene A. Spector | Counsel for Plaintiff Justin LaBarge |
| 7 | William G. Caldes | |
| | SPECTOR, ROSEMAN, KODROFF, P.C. | |
| 8 | 1818 Market Street, Suite 2500 | |
| | Philadelphia, PA 19103 | |
| 9 | | |
| | Garrett D. Blanchfield, Jr. | Counsel for Plaintiff Scott Frederick |
| 10 | Mark Reinhardt | |
| 11 | REINHARDT WENDORF & | |
| | BLANCHFIELD | |
| 12 | East 1250 First National Bank Building | |
| | 322 Minnesota Street | |
| 13 | St. Paul, MN 55101 | |
| 14 | | |
| | John G. Emerson, Jr. | Counsel for Plaintiffs Lolly Randall and |
| 15 | Scott E. Poynter | Christian Duke |
| | EMERSON POYNTER, LLP | |
| 16 | The Museum Center | |
| | 500 President Clinton Avenue, Suite 305 | |
| 17 | Little Rock, AR 72201 | |
| 18 | | |
| | Brian P. Murray | Counsel for Plaintiff Christian Duke |
| 19 | Lawrence D. McCabe | |
| | MURRAY FRANK & SAILER, LLP | |
| 20 | 275 Madison Avenue | |
| | 10 New York, NY 10016 | |
| 21 | | |
| 22 | B.J. Wade | Counsel for Plaintiff Christian Duke |
| | GLASSMAN EDWARDS WADE & | |
| 23 | WYATT, P.C. | |
| | 26 N. Second Street | |
| 24 | Memphis, TN 38103 | |
| 25 | | |
| | Michael J. Holland | Counsel for Defendant Air New Zealand |
| 26 | CONDON & FORSYTH, LLP | |
| | 7 Times Square, 18th Floor | |
| 27 | New York, NY 10036 | |
| 28 | | |

**PROOF OF SERVICE**
**5**

| | | |
|---|---|---|
| 1 | | |
| 2 | Douglas E. Rosenthal | Counsel for Defendant All Nippon Airways |
| 3 | CONSTANTINE CANNON, LLP<br>1627 Eye Street, N.W., 10th Floor<br>Washington, DC 20006 | |
| 4 | | |
| 5 | Edward B. Schwartz<br>DLA PIPER US, LLP | Counsel for Defendant Cathay Pacific Airways |
| 6 | 500 Eighth Street, N.W.<br>Washington, DC 20004 | |
| 7 | James V. Dick | Counsel for Defendant China Airlines |
| 8 | SQUIRE, SANDERS & DEMPSEY, LLP<br>1201 Pennsylvania Avenue, N.W., Suite 500 | |
| 9 | Washington, DC 20004 | |
| 10 | David Kirstein | Counsel for Defendant EVA Airlines |
| 11 | KIRSTEIN & YOUNG, PLLC<br>1750 K Street, N.W., Suite 200 | |
| 12 | Washington, DC 20006 | |
| 13 | William Karas | Counsel for Defendant Japan Airlines |
| 14 | STEPTOE & JOHNSON, LLP<br>1330 Connecticut Avenue, N.W. | |
| 15 | Washington, DC 20006 | |
| 16 | David A. Senior | Counsel for Defendant Malaysia Airlines |
| 17 | Benjamin D. Weston<br>McBREEN & SENIOR | |
| 18 | 2029 Century Park East, Third Floor<br>Los Angeles, CA 90067 | |
| 19 | W. Tod Miller | Counsel for Defendant Qantas Airways |
| 20 | BAKER & MILLER, PLLC<br>2401 Pennsylvania Avenue, N.W., Suite 300 | |
| 21 | Washington, DC 20037 | |
| 22 | William R. Sherman | Counsel for Defendant Singapore Airlines |
| 23 | LATHAM & WATKINS, LLP<br>555 Eleventh Street, N.W., Suite 1000 | |
| 24 | Washinton, DC 20004 | |
| 25 | Mark S. Priver | Counsel for Defendant Thai Airways |
| 26 | OHASHI & PRIVER<br>140 South Lake Ave., Suite 208<br>Pasadena, CA 91101 | |
| 27 | | |
| 28 | | |

**PROOF OF SERVICE**
**6**

| # | | |
|---|---|---|
| 1 | | |
| 2 | Katherine A. Levine<br>CRAVATH, SWAINE & MOORE, LLP<br>825 Eighth Avenue, 4044D<br>New York, NY 10019 | Counsel for Defendant Thai Airways |
| 3 | | |
| 4 | | |
| 5 | Richard J. Favretto<br>MAYER BROWN, LLP<br>1909 K Street N.W.<br>Washington, DC 20006 | Counsel for Defendant United Airlines |
| 6 | | |
| 7 | Aaron M. Sheanin<br>GIRARD GIBBS LLP<br>60 California Street, Suite 1400<br>San Francisco, CA 94108 | Counsel for Plaintiffs Donald Wortman, William Adams, and Margaret Garcia |
| 8 | | |
| 9 | | |
| 10 | Michael Paul Lehmann<br>Jon T. King<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>One Embarcadero Center, Suite 2440<br>San Francisco, CA 94111 | Counsel for Plaintiffs Rachel Diller and Trong Nguyen |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | Mario Nunzio Alioto<br>Lauren Clare Russell<br>TRUMP ALIOTO TRUMP & PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, CA 94123 | Counsel for Plaintiffs Martin Kaufman, Ireatha Diane Mitchell, Rosemary Senger, and Lemuel Schenck |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Joseph Marid Patane<br>LAW OFFICE OF JOSEPH M. PATANE<br>2280 Union Street<br>San Francisco, CA 94123 | Counsel for Plaintiffs Martin Kaufman, Ireatha Diane Mitchell, Rosemary Senger, and Lemuel Schenck |
| 19 | | |
| 20 | | |
| 21 | Craig C. Corbitt<br>ZELLE, HOFFMAN, VOELBEL, MASON & GETTE,LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104 | Counsel for Plaintiff Micah Abrams |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | Derek G. Howard<br>MURRAY & HOWARD, LLP<br>436 14th Street, Suite 1413<br>Oakland, CA 94612 | Counsel for Plaintiff Brendan G. Maloof |
| 26 | | |
| 27 | | |
| 28 | | |

**PROOF OF SERVICE**

**7**

1
2  Reginald Von Terrell                                  Counsel for Plaintiffs Robert Casteel III,
   THE TERRELL LAW GROUP                                 Uchenna Udemezue, and Steve Ike
3  223 25th Street
   Richmond, CA 94804
4
   Jeff S. Westerman                                     Counsel for 3rd Party Plaintiff Lori Barrett
5  MILBERG WEISS, LLP
   One·Califomia Plaza
6  300 S. Grand Avenue, Suite 3900
   Los Angeles, CA 90071
7
8  Adam Paul Brezine                                     Counsel for Defendant All Nippon Airways
   HOLME ROBERTS & OWEN
9  One Maritime Plaza, Suite 2400A
   San Francisco, CA 94111
10
11 John F. Cove, Jr.                                     Counsel for Defendant Northwest Airlines
   Dean Michael Harvey
12 Kenneth Fisher Rossman
   BOIES, SCHILLER & FLEXNER, LLP
13 1999 Harrison Street, Suite 900
   Oakland, CA 94612
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**
**8**