1  O'DONNELL & ASSOCIATES P.C.
   PIERCE O'DONNELL (State Bar No. 081298)
2  GREGORY J. MANN (State Bar No. 200578)
   ROBERT M. PARTAIN (State Bar No. 221477)
3  550 South Hope Street, Suite 1000
   Los Angeles, CA 90071
4  Telephone: (213) 347-0290
   Fax: (213) 347-0299
5
   Attorneys for DAVID FRANK
6  MURPHY, DAVID KUO and the Class

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE TRANSPACIFIC PASSENGER AIR          CASE NO.: M:08-cv-01913-CRB
    TRANSPORTATION ANTITRUST
12  LITIGATION                                MDL No. 1913

13                                            **JOINDER IN REQUEST FOR
                                              INTERIM CLASS COUNSEL**
14  This Document Relates to:
    ALL ACTIONS                               Date:  March 28, 2008
15                                            Time:  10:00 a.m.
                                              Judge: Hon. Charles R. Breyer
16

17        Plaintiffs David Murphy and David Kuo hereby submit the following joinder in plaintiffs

18  Wortman, Adams and Garcia's motion for appointment of Cotchett, Pitre & McCarthy ("CPM")

19  as interim lead counsel.

20  **I.    INTRODUCTION**

21        Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure and this Court's Local

22  Rules, Plaintiffs David Murphy and David Kuo, and their counsel, Pierce O'Donnell and Robert

23  M. Partain, of the firm O'Donnell & Associates, submit this response in Support of Plaintiffs

24  Donald Wortman, William Adams and Margaret Garcia's ("Plaintiffs") motion for appointment

25  of CPM as interim lead counsel.

26        The proposed leadership structure set out in the CPM motion is the greatest

27  organizational structure for this litigation.  As of now, there are two firms that have filed

28  competing motions to be appointed interim lead class counsel.  After reviewing both motions for

1   interim lead class counsel, and based on prior experience working with the attorneys at CPM, our

2   firm finds CPM's motion the most compelling and CPM the most qualified amongst the Rule

3   23(g) movants.  CPM has proposed a thorough and comprehensive management plan for this

4   litigation. Further, based on CPM's prior experience in this type of litigation, and its years of

5   extensive antitrust and complex litigation experience, Plaintiffs Murphy and Kuo respectfully

6   submits that the Court appoint CPM as interim lead class counsel on behalf of the proposed

7   class.

8   **II.     BACKGROUND**

9   The attorneys of O'Donnell and Associates have extensive civil litigation and class action

10   experience.  Pierce O'Donnell was class counsel and lead trial counsel in the California Natural

11   Gas Antitrust Pipeline cases (California Superior Court case nos. J.C.C.P. 4221, 4224, 4226 and

12   4228) for seven years with total settlements valued at $3.4 billion.  Pierce O'Donnell is also class

13   counsel for the Hurricane Katrina class actions currently pending in the Eastern District of

14   Louisiana.

15   O'Donnell and Associates has experience working with CPM.  CPM has shown great

16   skill in effectively and efficiently organizing and working with large numbers of plaintiffs and

17   counsel in complex class action cases.  CPM has demonstrated its ability to represent clients and

18   classes in cases involving antitrust, consumer fraud, business torts, and mass torts.

19   On November 6, 2007, CPM filed the first class action complaint alleging antitrust

20   violations by the Defendants in the United States District in the Northern District of California.

21   Over the next several months, dozens of identical or similar complaints were filed, including

22   *Murphy v. Air New Zealand*, Case No. 2:08-cv-01214-R-PJW (C.D. Cal.), in which O'Donnell

23   and Associates is putative class counsel.  All cases were sent to the Judicial Panel on

24   Multidistrict Litigation, and were transferred to the Honorable Charles R. Breyer in the United

25   States District Court in the Northern District of California (San Francisco Division).

26   **III.    ARGUMENT**

27   CPM has proposed that it be interim lead counsel pursuant to Federal Rule of Civil

28   Procedure 23(g), and that an Executive Committee be established.  The members of the

1    Executive Committee would be designated responsibility for certain routes, and would through

2    their work provide Lead Counsel with the ability to formulate pleadings and discovery in a more

3    efficient manner.  We believe that CPM could organize and lead a case of this nature and a

4    Steering Committee would be essential.

5        A good model for this type of structure is the previously mentioned California Natural

6    Gas Antitrust Cases.  In those cases, the leadership and committee structure worked well to

7    produce settlements valued at over $3 billion.  CPM, Girardi & Keese, and our firm all played

8    integral roles in bringing that litigation to a successful ending.

9        We believe that the leadership structure proposed by CPM's motion is the most

10   appropriate, and support the CPM motion for that reason.  This case will involve numerous

11   complex issues involving the various routes at issue – e.g., between the United States and Japan,

12   China, Singapore, Malaysia, Thailand, etc.  Each of these routes will function almost as its own

13   case.

14       As set forth in the brief and supporting declaration filed by CPM, the firm possesses the

15   resources, skills, knowledge and commitment necessary to manage this litigation in an effective

16   and efficient manner.  The structure CPM proposes allows for the utilization of skills and

17   knowledge of other firms, which allows for the achievement of a successful prosecution.  CPM is

18   committed to dedicating its time and the time of plaintiffs' counsel to work hard and focus the

19   litigation on claims for the class, allowing for an effective prosecution.

20   **IV.    CONCLUSION**

21       For the foregoing reasons, Plaintiffs Murphy and Kuo respectfully requests that the Court

22   appoint CPM as Interim Lead Counsel on behalf of the class plaintiffs in this litigation.

23

24   DATED:  March 10, 2008                    O'DONNELL & ASSOCIATES PC

25

26                                     By:_____/s/ Robert M. Partain_____
                                            ROBERT M. PARTAIN
27                                          Attorneys for Plaintiffs DAVID FRANK
                                            MURPHY and DAVID KUO
28

---

1

## PROOF OF SERVICE

2

*IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION*

3

Case No. M:08-cv-01913-CRB

4

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

5

6

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to this action.  My business address is 550 South Hope Street, Suite 1000, Los Angeles, California 90071.

7

On March 10, 2008, I served the foregoing document described as:

8

### JOINDER IN REQUEST FOR INTERIM CLASS COUNSEL

9

on ALL INTERESTED PARTIES in this action as follows:

10

11

### SEE ATTACHED LIST

12

13

14

☒    **By CM/ECF NOTICE OF ELECTRONIC FILING:**  by causing the document(s) listed above to be served by means of this Court's electronic transmission of the Notice of Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

15

16

17

18

19

20

☒    **By MAIL:**  by placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as stated above.  I caused such envelope to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid to the office/residences of the addressees.  I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

21

22

☒    **(State)**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

23

Executed on March 10, 2008, Los Angeles, California.

24

                          /s/ Andrew Owen
                        ANDREW OWEN

25

26

27

28

1

**SERVICE LIST**

*IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION*

Case No. M:08-cv-01913-CRB

2

3

4 **Parties Served By Electronic Notice**:

5

6 Joseph W. Cotchett                          Counsel for Plaintiffs Donald Wortman,
Aron K. Liang                               William Adams, and Margaret Garcia
Nanci Eiko Nishimura
7 Douglas Yongwoon Park
Neil Swartzberg
8 Steven Noel Williams
COTCHETT, PITRE & McCARTHY
9 840 Malcolm Road, Suite 200
Burlingame, CA 94010

10

11 Walter J. Lack                             Counsel for Plaintiffs Donald Wortman,
Elizabeth Lane Crooke                       William Adams, and Margaret Garcia
Richard Pollard Kinnan
12 ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 16th Floor
13 Los Angeles, CA 90067

14

15 **Parties Served by U.S. Mail**:

16

17 Thomas Girardi                             Counsel for Plaintiffs Andrew Barton and
Graham B. LippSmith                         Tracey Wadmore Smith
GIRARDI KEESE
18 1126 Wilshire Blvd.
Los Angeles, CA 90017

19

20 Robert C. Baker                            Counsel for Plaintiffs Matthew Evans and
BAKER, KEENER & NAHRA, LLP                  Clyde H. Campbell, Jr.
633 West 5th Street, Suite 5400
21 Los Angeles, California 90071

22 Guido Saveri                               Counsel for Plaintiffs Thomas Schelly,
R. Alexander Saveri                         Michael Benson, Tori Kitagawa, Justin
23 Cadio Zirpoli                              LaBarge, Scott Fredrick, Lolly Randall
SAVERI & SAVERI
24 111 Pine Street, Suite 1700
San Francisco, CA 94111

25

26 Steven J. Serratore                        Counsel for Plaintiffs Thomas Schelly,
SERRATORE-AMES, LLP                         Michael Benson, and Tori Kitagawa
9595 Wilshire Blvd., Suite 201
27 Beverly Hills, CA 90212

28

**PROOF OF SERVICE**

2

| | |
|---|---|
| Randy R. Renick<br>LAW OFFICES OF RANDY RENICK<br>128 N. Fair Oaks Ave., Suite 204<br>Pasadena, CA 91103 | Counsel for Plaintiffs Thomas Schelly,<br>Michael Benson, and Tori Kitagawa |
| Daniel C. Girard<br>Aaron M. Sheanin<br>Elizabeth C. Pritzker<br>Steven G. Tidrick<br>GIRARD GIBBS, LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108 | Counsel for Plaintiff Mark Fay |
| C. Donald Amamgbo<br>AMAMGBO & ASSOCIATES, APC<br>7901 Oakport Street, Suite 4900<br>Oakland, CA 94621 | Counsel for Plaintiffs Robert Casteel III,<br>Uchenna Udemezue, and Steve Ike |
| Brian Joseph Barry<br>LAW OFFICES OF BRIAN BARRY<br>1801 Avenue of the Stars, Suite 307<br>Los Angeles, CA 90067 | Counsel for Plaintiffs Woodrow Clark II and<br>James Evans |
| Allen Steyer<br>STEYER LOWENTHAL BOODROOKAS<br>ALVAREZ & SMITH, LLP<br>One California Street, Third Floor<br>San Francisco, CA 94104 | Counsel for Plaintiffs Rachel Diller and Trang<br>Nguyen |
| Michael D. Hausfeld<br>Charles E. Tompkins<br>Andrea L. Hertzfeld<br>Hilary K. Ratway<br>James J. Pizzirusso<br>COHEN, MILSTEIN, HAUSFELD & TOLL,<br>P.L.L.C.<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, DC 20005-3934 | Counsel for Plaintiffs Rachel Diller and Trang<br>Nguyen |
| Serman Kassof<br>LAW OFFICES OF SERMAN KASSOF<br>954 Risa Road, Suite B<br>Lafayette, CA 94549 | Counsel for Plaintiffs Martin Kaufman,<br>Ireatha Diane Mitchell, Rosemary Senger, and<br>Lemuel Schenck |

**PROOF OF SERVICE**
**3**

| | | |
|---|---|---|
| 1 | | |
| 2 | Brian S. Kabateck | Counsel for Plaintiff Meor Adlin |
| | Richard Kellner | |
| 3 | KABATECK BROWN KELLNER, LLP | |
| | 644 Figueroa Street | |
| 4 | Los Angeles, CA 90071 | |
| 5 | Lori S. Brody | Counsel for Plaintiff Stephen Gaffigan |
| | KAPLAN FOX & KILSHEIMER, LLP | |
| 6 | 1801 Century Park East, Suite 1460 | |
| 7 | Los Angeles, CA 90067 | |
| 8 | Laurence D. King | Counsel for Plaintiff Stephen Gaffigan |
| | KAPLAN FOX & KILSHEIMER, LLP | |
| 9 | 350 Sansome Street, Suite 400 | |
| | San Francisco, CA 94104 | |
| 10 | | |
| 11 | William Pinilis | Counsel for Plaintiff Stephen Gaffigan |
| | KAPLAN FOX & KILSHEIMER, LLP | |
| 12 | 160 Morris Street | |
| | Morristown, NJ 07960 | |
| 13 | | |
| 14 | Robert N. Kaplan | Counsel for Plaintiff Stephen Gaffigan |
| | Donald R. Hall | |
| 15 | Jason A. Zweig | |
| | KAPLAN FOX & KILSHEIMER, LLP | |
| 16 | 850 Third Avenue, 14th Floor | |
| | New York, NY 10022 | |
| 17 | | |
| 18 | Gabe Halpern | Counsel for Plaintiff Stephen Gaffigan |
| | PINILIS & HALPERN . | |
| 19 | 160 Morris Street | |
| | Morristown, NJ 07960 | |
| 20 | | |
| 21 | Cheryl Hamer | Counsel for Plaintiff Judah M. Feigenbaum |
| | POMERANTZ HAUDEK BLOCK | |
| 22 | GROSSMAN & GROSS | |
| | 840 Malcolm Road | |
| 23 | Burlingame, CA 94010 | |
| 24 | Michael Buckman | Counsel for Plaintiff Judah M. Feigenbaum |
| | J. Douglas Richards | |
| 25 | POMERANTZ HAUDEK BLOCK | |
| 26 | GROSSMAN & GROSS | |
| | 100 Park Avenue | |
| 27 | New York, NY 10019 | |
| 28 | | |

| | | |
|---|---|---|
| 1 | | |
| 2 | Jiangxiao Athena Hou | Counsel for Plaintiff Micah Abrams |
| | Matthew Rutledge Schultz | |
| 3 | Patrick Bradford Clayton | |
| | ZELLE, HOFFMAN, VOELBEL, MASON & | |
| 4 | GETTE, LLP | |
| | 44 Montgomery Street, Suite 3400 | |
| 5 | San Francisco, CA 94104 | |
| 6 | Eugene A. Spector | Counsel for Plaintiff Justin LaBarge |
| 7 | William G. Caldes | |
| | SPECTOR, ROSEMAN, KODROFF, P.C. | |
| 8 | 1818 Market Street, Suite 2500 | |
| | Philadelphia, PA 19103 | |
| 9 | | |
| 10 | Garrett D. Blanchfield, Jr. | Counsel for Plaintiff Scott Frederick |
| | Mark Reinhardt | |
| 11 | REINHARDT WENDORF & | |
| | BLANCHFIELD | |
| 12 | East 1250 First National Bank Building | |
| | 322 Minnesota Street | |
| 13 | St. Paul, MN 55101 | |
| 14 | John G. Emerson, Jr. | Counsel for Plaintiffs Lolly Randall and |
| 15 | Scott E. Poynter | Christian Duke |
| | EMERSON POYNTER, LLP | |
| 16 | The Museum Center | |
| | 500 President Clinton Avenue, Suite 305 | |
| 17 | Little Rock, AR 72201 | |
| 18 | Brian P. Murray | Counsel for Plaintiff Christian Duke |
| 19 | Lawrence D. McCabe | |
| | MURRAY FRANK & SAILER, LLP | |
| 20 | 275 Madison Avenue | |
| | 10 New York, NY 10016 | |
| 21 | | |
| 22 | B.J. Wade | Counsel for Plaintiff Christian Duke |
| | GLASSMAN EDWARDS WADE & | |
| 23 | WYATT, P.C. | |
| | 26 N. Second Street | |
| 24 | Memphis, TN 38103 | |
| 25 | Michael J. Holland | Counsel for Defendant Air New Zealand |
| 26 | CONDON & FORSYTH, LLP | |
| | 7 Times Square, 18th Floor | |
| 27 | New York, NY 10036 | |
| 28 | | |

| | |
|---|---|
| 1 | |
| 2 | Douglas E. Rosenthal      Counsel for Defendant All Nippon Airways |

Douglas E. Rosenthal — Counsel for Defendant All Nippon Airways
CONSTANTINE CANNON, LLP
1627 Eye Street, N.W., 10th Floor
Washington, DC 20006

Edward B. Schwartz — Counsel for Defendant Cathay Pacific Airways
DLA PIPER US, LLP
500 Eighth Street, N.W.
Washington, DC 20004

James V. Dick — Counsel for Defendant China Airlines
SQUIRE, SANDERS & DEMPSEY, LLP
1201 Pennsylvania Avenue, N.W., Suite 500
Washington, DC 20004

David Kirstein — Counsel for Defendant EVA Airlines
KIRSTEIN & YOUNG, PLLC
1750 K Street, N.W., Suite 200
Washington, DC 20006

William Karas — Counsel for Defendant Japan Airlines
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20006

David A. Senior — Counsel for Defendant Malaysia Airlines
Benjamin D. Weston
McBREEN & SENIOR
2029 Century Park East, Third Floor
Los Angeles, CA 90067

W. Tod Miller — Counsel for Defendant Qantas Airways
BAKER & MILLER, PLLC
2401 Pennsylvania Avenue, N.W., Suite 300
Washington, DC 20037

William R. Sherman — Counsel for Defendant Singapore Airlines
LATHAM & WATKINS, LLP
555 Eleventh Street, N.W., Suite 1000
Washinton, DC 20004

Mark S. Priver — Counsel for Defendant Thai Airways
OHASHI & PRIVER
140 South Lake Ave., Suite 208
Pasadena, CA 91101

| | |
|---|---|
| 1 | |
| 2 | Katherine A. Levine | Counsel for Defendant Thai Airways |
| | CRAVATH, SWAINE & MOORE, LLP |
| 3 | 825 Eighth Avenue, 4044D |
| | New York, NY 10019 |
| 4 | |
| | Richard J. Favretto | Counsel for Defendant United Airlines |
| 5 | MAYER BROWN, LLP |
| | 1909 K Street N.W. |
| 6 | Washington, DC 20006 |
| 7 | |
| | Aaron M. Sheanin | Counsel for Plaintiffs Donald Wortman, |
| 8 | GIRARD GIBBS LLP | William Adams, and Margaret Garcia |
| | 60 California Street, Suite 1400 |
| 9 | San Francisco, CA 94108 |
| 10 | |
| | Michael Paul Lehmann | Counsel for Plaintiffs Rachel Diller and |
| 11 | Jon T. King | Trong Nguyen |
| | COHEN, MILSTEIN, HAUSFELD & TOLL, |
| 12 | P.L.L.C. |
| | One Embarcadero Center, Suite 2440 |
| 13 | San Francisco, CA 94111 |
| 14 | |
| | Mario Nunzio Alioto | Counsel for Plaintiffs Martin Kaufman, Ireatha |
| 15 | Lauren Clare Russell | Diane Mitchell, Rosemary Senger, and Lemuel |
| | TRUMP ALIOTO TRUMP & PRESCOTT, | Schenck |
| 16 | LLP |
| | 2280 Union Street |
| 17 | San Francisco, CA 94123 |
| 18 | |
| | Joseph Marid Patane | Counsel for Plaintiffs Martin Kaufman, Ireatha |
| 19 | LAW OFFICE OF JOSEPH M. PATANE | Diane Mitchell, Rosemary Senger, and Lemuel |
| | 2280 Union Street | Schenck |
| 20 | San Francisco, CA 94123 |
| 21 | Craig C. Corbitt | Counsel for Plaintiff Micah Abrams |
| | ZELLE, HOFFMAN, VOELBEL, MASON & |
| 22 | GETTE,LLP |
| | 44 Montgomery Street, Suite 3400 |
| 23 | San Francisco, CA 94104 |
| 24 | |
| | Derek G. Howard | Counsel for Plaintiff Brendan G. Maloof |
| 25 | MURRAY & HOWARD, LLP |
| | 436 14th Street, Suite 1413 |
| 26 | Oakland, CA 94612 |
| 27 | |
| 28 | |

**PROOF OF SERVICE**

**7**

1

2   Reginald Von Terrell                              Counsel for Plaintiffs Robert Casteel III,
    THE TERRELL LAW GROUP                             Uchenna Udemezue, and Steve Ike
3   223 25th Street
    Richmond, CA 94804
4
    Jeff S. Westerman                                 Counsel for 3rd Party Plaintiff Lori Barrett
5   MILBERG WEISS, LLP
    One·Califomia Plaza
6   300 S. Grand Avenue, Suite 3900
    Los Angeles, CA 90071
7

8   Adam Paul Brezine                                 Counsel for Defendant All Nippon Airways
    HOLME ROBERTS & OWEN
9   One Maritime Plaza, Suite 2400A
    San Francisco, CA 94111
10

11  John F. Cove, Jr.                                 Counsel for Defendant Northwest Airlines
    Dean Michael Harvey
12  Kenneth Fisher Rossman
    BOIES, SCHILLER & FLEXNER, LLP
13  1999 Harrison Street, Suite 900
    Oakland, CA 94612
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28