Rowan D. Wilson (State Bar No. 118488)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: rwilson@cravath.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Case No.: 08-cv-01913-CRB |
| | MDL No. 1913 |
| This Document Relates to: ALL ACTIONS | **NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Rowan D. Wilson, Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019-7475, hereby enters an appearance on behalf of defendant Thai Airways International Public Company Limited, erroneously sued as "Thai Airways", in the above-captioned matter.

Respectfully Submitted,

March 13, 2008

CRAVATH, SWAINE & MOORE LLP,

by

/s/ Rowan D. Wilson
Rowan D. Wilson
A member of the Firm

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

*Attorneys for Defendant Thai Airways*
*International Public Company Limited*