1  EDWARD B. SCHWARTZ, Bar No. 429690
   Edward.Schwartz@dlapiper.com
2  DLA PIPER US LLP
   500 8th Street, NW
3  Washington, DC 20004
   Tel: 202.799.4516
4  Fax: 202.799.5516

5  Attorney for Defendant
   CATHAY PACIFIC AIRWAYS LTD.
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 **IN RE TRANSPACIFIC PASSENGER**
   **AIR TRANSPORTATION**              **CASE NO. 07-cv-05634-CRB**
12 **ANTITRUST LITIGATION**
                                        **MDL No. 1913**
13
                                        **APPLICATION FOR ADMISSION OF**
14 **This Document Relates to:**        **EDWARD B. SCHWARTZ *PRO HAC VICE***

15 **ALL ACTIONS**

16

17        Pursuant to Civil L.R. 11-3, Edward B. Schwartz, an active member in good standing of

18 the bar of District of Columbia, hereby applies for admission to practice in the Northern District

19 of California on a pro hac vice basis representing Cathay Pacific Airways Ltd. in the above-

20 entitled action.

21        In support of this application, I certify on oath that:

22        1. I am an active member in good standing of a United States Court or of the highest

23            court of another State or the District of Columbia, as indicated above;

24        2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule

25            11-4, to comply with General Order No. 45, Electronic Case Filing, and to become

26            familiar with the Local Rules and the Alternative Dispute Resolution programs of this

27            Court; and,

28        3. An attorney who is a member of the bar of this Court in good standing and who

                                          -1-
DLA PIPER US LLP
  WASHINGTON     WASH1\4960087.1

1    maintains an office within the State of California has been designated as co-counsel in

2    the above-entitled action. The name, address and telephone number of that attorney is:

Matthew S. Covington (State Bar of California No. 154429)
3    DLA PIPER US LLP
153 Townsend Street, Suite 800
4    San Francisco, California 94107-1957  415 836-2500

5    I declare under penalty of perjury that the foregoing is true and correct.

6

7    Dated: March __S__, 2008                By: _____

8
                                            EDWARD B. SCHWARTZ
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER US LLP
WASHINGTON        WASH1\4960087.1

1   Matthew S. Covington (California No. 154429)
    DLA PIPER US LLP
2   153 Townsend Street, Suite 800
    San Francisco, California 94107-1957
3   Telephone:    415 836-2500  Fax: 415 836-2501
4   matthew.covington@dlapiper.com

5   Attorney for Defendant
    CATHAY PACIFIC AIRWAYS LTD.
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  **IN RE TRANSPACIFIC PASSENGER**
    **AIR TRANSPORTATION**              **CASE NO. 07-cv-05634-CRB**
12  **ANTITRUST LITIGATION**
                                        **MDL No. 1913**
13
                                        **[PROPOSED] ORDER GRANTING**
14  **This Document Relates to:**       **APPLICATION FOR ADMISSION OF**
                                        **EDWARD B. SCHWARTZ *PRO HAC VICE***
15  **ALL ACTIONS**

16

17      Edward B. Schwartz, an active member in good standing of the bar of District of

18  Columbia, whose business address and telephone number is

19
                            DLA Piper US LLP
20                          500 8th Street, NW
                            Washington, DC 20004
21                          (202) 799-4516

22  having applied in the above-entitled action for admission to practice in the Northern District of

23  California on a *pro hac vice* basis, representing Cathay Pacific Airways Ltd.

24      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

25  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

26  *vice*. Service of papers upon and communication with co-counsel designated in the application

27  will constitute notice to the party. All future filings in this action are subject to the requirements

28
                                        -1-

1   contained in General Order No. 45, *Electronic Case Filing.*

2

3   Dated: March _____, 2008

4                                          JUDGE CHARLES R. BREYER
                                           United States District Court Judge

5

6   SE\9108638.1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER US LLP
  WASHINGTON                              -2-