Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
Nancy L. Fineman (124870; nfineman@cpmlegal.com)
Steven N. Williams (175489; swilliams@cpmlegal.com)
Nancy E. Nishimura (152621; nnishimura@cpmlegal.com)
Aron K. Liang (228936; aliang@cpmlegal.com)
Douglas Y. Park (233398; dpark@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

*Attorneys for Plaintiffs Donald Wortman, William Adams,
Margaret Garcia, and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Lead Case No.: 08-cv-01913-CRB<br><br>MDL No. 1913<br><br>Case No.: 07-cv-5634-CRB |
| **This Document Relates to:**<br><br>**ALL ACTIONS** | **PLAINTIFFS' WORTMAN, ADAMS, AND GARCIA'S REPLY BRIEF REGARDING:**<br><br>**MOTIONS FOR APPOINTMENT OF INTERIM LEAD COUNSEL**<br><br>Date:  March 28, 2008<br>Time:  10:00 a.m.<br>Judge:  Hon. Charles R. Breyer |

**TABLE OF CONTENTS**

**Page(s)**

I. INTRODUCTION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

II. DISCUSSION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    A.     CPM is Supported by the Great Majority of Law Firms
in this Litigation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    B.     Single Leadership Supported by a Steering Committee is the Optimal
Structure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

    C.     CPM Does Not Oppose Including CMHT as a Steering Committee
Member and in Fact Welcomes Them . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

III. CONCLUSION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

# MEMORANDUM OF POINTS & AUTHORITIES

## I.

## INTRODUCTION

The law firm of Cotchett, Pitre & McCarthy ("CPM") respectfully submits that, due to the complexity of this action, the best way to manage this case is with a Steering Committee. A committee, however, should not be run by a committee - but by a single law firm who gives immediate direction and leadership.

## II.

## DISCUSSION

**A.   CPM is Supported by the Great Majority of Law Firms in this Litigation**

CPM believes that the best management structure for this case is with CPM serving as lead counsel with the support of an authorized Steering Committee. CPM has the support of the great majority of the law firms in this litigation to serve as lead counsel in this litigation. 11 out of 14 firms filed papers supporting the leadership structure proposed by CPM and supporting CPM's appointment as lead counsel, and two have indicated they will speak at the hearing in favor. Those firms are:

- Baker, Keener & Nahra, LLP;
- Engstrom, Lipscomb & Lack;
- Girard Gibbs LLP;
- Girardi & Keese LLP;
- Kabateck Brown Kellner LLP;
- Milberg Weiss LLP;
- Murray & Howard, LLP;
- O'Donnell & Associates PC;
- Pearson, Simon, Soter, Warshaw & Penny, LLP;
- Saveri & Saveri, Inc.; and
- Trump, Alioto, Trump & Prescott, LLP.

**B.     Single Leadership Supported by a Steering Committee is the Optimal Structure**

Cohen, Milstein, Hausfeld & Toll, P.L.L.C. ("CMHT") does not challenge CPM's qualifications to serve as lead counsel but believes that a dual leadership structure is more efficient then a single leadership structure. A single Lead Interim Class Counsel with the support of an authorized Steering Committee, as proposed by CPM, provides the optimal structure for the litigation of this action. CPM agrees with the law firm of CMHT that this is a large case involving nearly a dozen airlines conducting business in countries and cities all across the world. CPM, however, disagrees with CMHT's assertion that appointing multiple law firms as co-lead counsel would improve efficiency in this action. Rather, CPM believes that a single Lead Interim Class Counsel providing consistent and focused leadership, assisted by a Steering Committee of firms focused on distinct airlines, routes and countries, would be the optimal structure for the successful prosecution of this action.

Federal Rule of Civil Procedure 23(g)(2)(B) states that, "[i]f more than one adequate applicant seeks appointment as class counsel, ***the court must appoint the applicant best able to represent the interests of the class***." (emphasis added). "If there are multiple applicants, the court's task is to select the applicant best able to represent the interests of the class." *Manual on Complex Litigation*, Fourth ¶ 21.271 at 279 (2004). Due to the large number of airlines, countries and routes involved, the best structure would include a Steering Committee, with each member of the committee becoming an expert on their designated airlines, routes and countries. CPM strongly believes that their proposed structure serves the best interests of the putative class. CPM has experience litigating complex class actions and has successfully prosecuted complicated national class action antitrust actions.

In an action of this size, the most efficient structure would be to have a single firm serving as lead counsel with the Court's authority to organize a Steering Committee composed of several law firms to assist with the work involved. Lead counsel, along with the Steering Committee, would then divide the airlines and countries in a sensible manner and use one or two law firms to assist in conducting discovery and litigation for a given country and/or airline. This approach is far more effective and will give direct leadership that can report to the Court.

1  One lead counsel would be able to coordinate the overall strategy of this litigation and provide
2  consistent direction while the different law firms on the Steering Committee would be able to
3  assist with discovery and develop a strong knowledge base regarding a given airline and/or
4  country.

**C.    CPM Does Not Oppose Including CMHT as a Steering Committee Member and in Fact Welcomes Them**

As this Court is well aware, CPM has worked in the past with CMHT and is knowledgeable about the skill and experience of CMHT as class action attorneys. CPM believes that their addition to the Steering Committee would be beneficial to the putative class.

For the foregoing reasons, CPM believes that the interests of the class are best served by having a single Lead Counsel, supported by a Steering Committee authorized by this Court. Having one law firm serving as lead counsel would provide consistent direction regarding the overall strategy and prosecution of this action.

### III.
### CONCLUSION

CPM is ready, willing and able to serve as lead counsel and organize a Steering Committee to be submitted to the Court for approval. For the foregoing reasons, the law firm of Cotchett, Pitre & McCarthy respectfully requests appointment as interim class lead counsel for the putative plaintiff class pursuant to Federal Rule of Civil Procedure 23(g).

DATED: March 14, 2008                          **COTCHETT, PITRE & McCARTHY**

By:    */s/ Joseph W. Cotchett*
              JOSEPH W. COTCHETT

*Attorneys for Plaintiffs and the Proposed Class*


1  Joseph W. Cotchett (36324)
   jcotchett@cpmlegal.com
2  Nancy L. Fineman (124870)
   nfineman@cpmlegal.com
3  Steven N. Williams (175489)
   swilliams@cpmlegal.com
4  Nanci E. Nishimura (152621)
   nnishimura@cpmlegal.com
5  Aron K. Liang (228936)
   aliang@cpmlegal.com
6  Douglas Y. Park (233398)
   dpark@cpmlegal.com
7  **COTCHETT, PITRE & McCARTHY**
   San Francisco Airport Office Center
8  840 Malcolm Road, Suite 200
   Burlingame, CA  94010
9  Telephone:  (650) 697-6000
   Fax:  (650) 697-0577
10

   *Attorneys for Plaintiffs Donald Wortman,*
11 *William Adams, Margaret Garcia,*
   *and the Proposed Class*
12

13

14                     **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                         **SAN FRANCISCO DIVISION**

17

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Lead Case No. 08-cv-01913-CRB |
| | MDL No. 1913 |
| ─────────────────────────────── | Case No. 07-cv-05634-CRB |
| **This Document Relates to:** | |
| **ALL ACTIONS** | **CERTIFICATE OF SERVICE** |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I am employed in San Mateo County, which is where service of the documents referred to below occurred. I am over the age of 18 and not a party to the within action. My business address is Cotchett, Pitre & McCarthy, San Francisco Airport Center, 840 Malcolm Road, Burlingame, California 94010. I am readily familiar with Cotchett, Pitre & McCarthy's practices for the service of documents. On March 14, 2008, I served or caused to be served a true copy of the following documents in the manner listed below:

1. **PLAINTIFFS' WORTMAN, ADAMS, AND GARCIA'S REPLY BRIEF REGARDING MOTIONS FOR APPOINTMENT AS INTERIM LEAD COUNSEL; and**

2. **CERTIFICATE OF SERVICE.**

**XXX   BY ECF:** I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in the Docket Numbers 08-cv-01913-CRB and 07-cv-05634-CRB. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

**XXX   BY OVERNIGHT COURIER SERVICE:** I caused the sealed envelope containing the aforementioned document(s) to be delivered via overnight courier service to the addressee(s) specified below:

> Honorable Charles R. Breyer
> United States District Court
> Northern District of California
> 450 Golden Gate Avenue
> Courtroom 8, 19th Floor
> San Francisco, CA 94102

**XXX   BY US MAIL:** I caused the sealed envelope containing the aforementioned document(s) to be delivered via US Mail to the addressee(s) specified below:

**(SEE ATTACHED SERVICE LIST)**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Burlingame, California, on March 14, 2008.

> _/s/ Marisa Compesi_
> **MARISA COMPESI**

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**CERTIFICATE OF SERVICE**

2

*In re Transpacific Passenger Air Transportation Antitrust Litigation*
**MDL No. 1913**

## SERVICE LIST

| | |
|---|---|
| Scott D. Cunningham<br>**CONDON & FORSYTH LLP**<br>1901 Avenue of the Stars, Suite 850<br>Los Angeles, California 90067<br>Telephone: 310-557-2030<br>Facsimile: 310-557-1299 | *Attorney for Defendant Air New Zealand* |
| Michael J. Holland<br>**CONDON & FORSYTH LLP**<br>7 Times Square, 18th Floor<br>New York, New York 10036<br>Tel: 212-490-9100 | *Attorney for Defendant Air New Zealand* |
| Jesse Markham<br>Adam Brezine<br>**HOLME ROBERTS & OWEN LLP**<br>560 Mission St.<br>25th Floor<br>San Francisco, CA  94105<br>Telephone: (415) 268-2000<br>Facsimile:   (415) 268-1999 | *Attorney for Defendant All Nippon Airways* |
| Yang Chen<br>**CONSTANTINE CANNON LLP**<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 350-2700<br>Facsimile: (212) 350-2701 | *Attorney for Defendant All Nippon Airways* |
| Edward B. Schwartz<br>**DLA PIPER US LLP**<br>500 Eighth Street, N.W.<br>Washington, DC 20004<br>Tel: 202-799-4000<br>Fax: 202-799-5000 | *Attorney for Defendant Cathay Pacific Airways* |
| James V. Dick<br>**SQUIRE, SANDERS & DEMPSEY LLP**<br>1201 Pennsylvania Avenue, N.W., Suite 500<br>Washington, D.C. 20004<br>Tel: 202-626-6600<br>Fax: 202-626-6780 | *Attorney for Defendant China Airlines* |
| Christopher T. Casamassima<br>**KIRKLAND & ELLIS LLP**<br>777 South Figueroa Street<br>Los Angeles, California 90017-5800<br>Tel: 213-680-8400 | *Attorney for Defendant EVA Airways* |

LAW OFFICES
COTCHETT,
PITRE *&*
MCCARTHY

**CERTIFICATE OF SERVICE**

3

| | | |
|---|---|---|
| 1 | William Karas<br>**STEPTOE & JOHNSON LLP** | *Attorney for Defendant Japan Airlines International* |
| 2 | 1330 Connecticut Avenue, NW<br>Washington, D.C. 20036 | |
| 3 | Tel: 202-429-8126<br>Fax: 202-429-8126 | |
| 4 | | |
| | David A. Senior | *Attorney for Defendant Malaysia Airlines* |
| 5 | Benjamin D. Weston<br>**MCBREEN & SENIOR** | |
| 6 | 2029 Century Park East, Third Floor<br>Los Angeles, CA 90067 | |
| 7 | Tel: 310-552-5300<br>Fax: 310-552-1205 | |
| 8 | | |
| | W. Todd Miller | *Attorney for Defendant Qantas Airways* |
| 9 | Kimberly N. Shaw<br>**BAKER & MILLER PLLC** | |
| 10 | 2401 Pennsylvania Avenue, N.W., Suite 300<br>Washington, D.C. 20037 | |
| 11 | Tel: 202-663-7820<br>Fax: 202-663-7849 | |
| 12 | | |
| | Michael A. Duncheon | *Attorney for Defendant Qantas Airways* |
| 13 | Lisa M. Pooley<br>**HANSON BRIDGETT MARCUS** | |
| 14 | **VLAHOS RUDY** | |
| 15 | 425 Market Street, 26th Floor<br>San Francisco, CA 94105 | |
| 16 | Telephone: (415) 995-5015<br>Facsimile: (415) 541-9366 | |
| 17 | William R. Sherman | *Attorney for Defendant Singapore Airlines* |
| 18 | **LATHAM & WATKINS LLP**<br>555 Eleventh Street, N.W., Suite 1000 | |
| 19 | Washington, DC 20004<br>Tel: 202-637-2200 | |
| | Fax: 202-637-2201 | |
| 20 | | |
| | Katherine A. Levine | *Attorney for Defendant Thai Airways* |
| 21 | Rowan D. Wilson<br>**CRAVATH, SWAINE & MOORE LLP** | |
| 22 | 825 Eighth Avenue, 4044 D<br>New York, NY 10019 | |
| 23 | Tel: 212-474-1684<br>Fax: 212-474-3700 | |
| 24 | | |
| | Richard J. Favretto | *Attorney for Defendant United Airlines* |
| 25 | **MAYER BROWN LLP**<br>1909 K. Street N.W. | |
| 26 | Washington, DC 20006<br>Tel: 202-263-3250 | |
| 27 | Fax: 202-263-3300 | |
| 28 | | |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**CERTIFICATE OF SERVICE**

4