Ronald S. Rolfe
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: rrolfe@cravath.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Case No.: 08-cv-01913-CRB<br><br>MDL No. 1913 |
| This Document Relates to:<br>ALL ACTIONS | **NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Ronald S. Rolfe, Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019-7475, admitted *pro hac vice* pursuant to the Court's March 17, 2008 Pretrial Order #1, hereby enters an appearance on behalf of defendant Thai Airways International Public Company Limited, erroneously sued as "Thai Airways", in the above-captioned matter.

March 18, 2008

CRAVATH, SWAINE & MOORE LLP,

by

/s/ Ronald S. Rolfe
Ronald S. Rolfe
A member of the Firm

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

*Attorneys for Defendant Thai Airways International Public Company Limited*