Thomas V. Girardi (SBN 36603)
tgirardi@girardikeese.com
Graham B. LippSmith (SBN 221984)
glippsmith@girardikeese.com
**GIRARDI | KEESE**
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel: (213) 977-0211
Fax: (213) 481-1554

*Attorneys for Plaintiffs Barton,
Smith and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW BARTON, TRACEY WADMORE SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRLINES, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIR, THAI AIRWAYS, UNITED AIRLINES,<br><br>Defendants. | **Case No.: M:08-CV-01913-CRB**<br><br>**MDL No. 1913**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF NORTHWEST AIRLINES** |

# NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF NORTHWEST AIRLINES

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL:**

PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Civil Procedure, Rule 41(a)(i), Plaintiffs ANDREW BARTON, TRACEY WADMORE SMITH, individually and on behalf of all others similarly situated, voluntarily dismiss NORTHWEST AIRLINES without prejudice.

Dated:  March 19, 2008               GIRARDI | KEESE


                                     By:

                                        __/X/ Graham B. LippSmith
                                     Thomas V. Girardi
                                     Graham B. LippSmith
                                     **GIRARDI | KEESE**
                                     1126 Wilshire Blvd.
                                     Los Angeles, CA 90017
                                     Tel:  (213) 977-0211
                                     Fax: (213) 481-1554

                                     *Attorneys for Barton, Smith
                                     and the Proposed Class*

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1126 Wilshire Boulevard, Los Angeles, California 90017-1904.

On March 19, 2008, I served the foregoing document described as **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF NORTHWEST AIRLINES**, on all interested parties in this action as set forth on the attached service list in the following manner:

- ☒ **BY MAIL:** I am familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
- ☐ **BY FACSIMILE:** In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure §1013(e).
- ☐ **BY OVERNIGHT MAIL:** I caused said document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.
- ☐ **BY PERSONAL SERVICE:** By causing personal delivery of the document listed above to the person at the address set forth on the attached service list.
- ☐ **BY ELECTRONIC SERVICE:** I caused the above document to be emailed to the addressee.
- ☐ STATE    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
- ☒ FEDERAL    I declare that I am employed in the office of the member of the bar of this court at whose direction the service was made.

Executed on March 19, 2008 at Los Angeles, California.

                                      ___/X/ Amanda Kent_____
                                      AMANDA KENT

*In re Transpacific Passenger Air Transportation Antitrust Litigation*
Case No. 08-cv-01913-CRB
MDL No. 1913

## SERVICE LIST

Scott D. Cunningham
**Condon & Forsyth LLP**
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067
Telephone: 310-557-2030
Facsimile: 310-557-1299
*Attorney for Defendant Air New Zealand*

Michael J. Holland
**Condon & Forsyth LLP**
7 Times Square, 18th Floor
New York, New York 10036
Tel: 212-490-9100
*Attorney for Defendant Air New Zealand*

Jesse Markham
Adam Brezine
**HOLME ROBERTS & OWEN LLP**
560 Mission St.
25th Floor
San Francisco, CA  94105
Telephone: (415) 268-2000
Facsimile:  (415) 268-1999
*Attorney for Defendant All Nippon Airways*

Yang Chen
**CONSTANTINE CANNON LLP**
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 350-2700
Facsimile: (212) 350-2701
*Attorney for Defendant All Nippon Airways*

Edward B. Schwartz
**DLA PIPER US LLP**
500 Eighth Street, N.W.
Washington, DC 20004
Tel: 202-799-4000
Fax: 202-799-5000
*Attorney for Defendant Cathay Pacific Airways*

\ \ \

| | |
|---|---|
| 1 | James V. Dick |
| | **Squire, Sanders & Dempsey LLP** |
| 2 | 1201 Pennsylvania Avenue, N.W., Suite 500 |
| | Washington, D.C. 20004 |
| 3 | Tel: 202-626-6600 |
| | Fax: 202-626-6780 |
| 4 | *Attorney for Defendant China Airlines* |
| 5 | |
| 6 | Christopher T. Casamassima |
| | **KIRKLAND & ELLIS LLP** |
| 7 | 777 South Figueroa Street |
| | Los Angeles, California 90017-5800 |
| 8 | Tel: 213-680-8400 |
| | Fax: 213-680-8500 |
| 9 | *Attorney for Defendant EVA Airways* |
| 10 | |
| 11 | William Karas |
| | **Steptoe & Johnson LLP** |
| 12 | Washington, D.C. 20036 |
| 13 | Tel: 202-429-8126 |
| | Fax: 202-429-8126 |
| 14 | *Attorney for Defendant Japan Airlines International* |
| 15 | |
| 16 | |
| 17 | David A. Senior |
| | Benjamin D. Weston |
| 18 | **McBreen & Senior** |
| | 2029 Century Park East, Third Floor |
| 19 | Los Angeles, CA 90067 |
| | Tel: 310-552-5300 |
| 20 | Fax: 310-552-1205 |
| | *Attorney for Defendant Malaysia Airlines* |
| 21 | |
| 22 | W. Todd Miller |
| 23 | Kimberly N. Shaw |
| | **Baker & Miller PLLC** |
| 24 | 2401 Pennsylvania Avenue, N.W., Suite 300 |
| | Washington, D.C. 20037 |
| 25 | Tel: 202-663-7820 |
| 26 | Fax: 202-663-7849 |
| | *Attorney for Defendant Qantas Airways* |
| 27 | |
| 28 | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF NORTHWEST AIRLINES

Michael A. Duncheon
Lisa M. Pooley
**Hanson Bridgett Marcus Vlahos Rudy**
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:  (415) 995-5015
Facsimile:   (415) 541-9366
*Attorney for Defendant Qantas Airways*


William R. Sherman
**Latham & Watkins LLP**
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
Tel: 202-637-2200
Fax: 202-637-2201
*Attorney for Defendant Singapore Airlines*


Katherine A. Levine
**Cravath, Swaine & Moore LLP**
825 Eighth Avenue, 4044 D
New York, NY 10019
Tel: 212-474-1684
Fax: 212-474-3700
*Attorney for Defendant Thai Airways*


Richard J. Favretto
**Mayer Brown LLP**
1909 K. Street N.W.
Washington, DC 20006
Tel: 202-263-3250
Fax: 202-263-3300
*Attorney for Defendant United Airlines*


Bruce R. Zirinsky
Gregory M. Petrick
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York, 10281
Tel: (212) 504-6000
Fax: (212) 504-6666
Attorneys for the Reorganized Debtors

\\\

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF NORTHWEST AIRLINES

1  Mark C. Ellenberg
2  Cadwalader, Wickersham & Taft LLP
   1201 F Street N.W., Suite 1100
3  Washington, DC 20004
   Tel: (202) 862-2200
4  Fax: (202) 862-2400
5  Attorneys for the Reorganized Debtors

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF NORTHWEST AIRLINES