1  Bruce L. Simon (Bar No. 96241)
      bsimon@psswplaw.com
2  Esther L. Klisura (Bar No. 221171)
      eklisura@psswplaw.com
3  PEARSON, SIMON, SOTER, WARSHAW
      & PENNY, LLP
4  44 Montgomery Street, Suite 1200
   San Francisco, CA 94104
5  Telephone: (415) 433-9000
   Facsimile: (415) 433-9008
6
   Thomas V. Girardi (Bar No. 36603)
7     tgirardi@girardikeese.com
   J. Paul Sizemore (Bar No. 254981)
8     jsizemore@girardikeese.com
   GIRARDI KEESE
9  1126 Wilshire Boulevard
   Los Angeles, CA 91101
10 Telephone: (213) 977-0211
   Facsimile: (213) 481-1554
11
   *Counsel for Plaintiffs Franklyn Ajaye, Ming-Chun*
12 *Wu Chen, Tzu-Chiao Chen, Rayna Rusenko, Titi*
   *Tran, Boris Zingerman, and Galina Zingerman*
13

14

15                UNITED STATES DISTRICT COURT

16     NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

17

| IN RE TRANSPACIFIC AIR PASSENGER ANTITRUST LITIGATION | CASE NO. M08-CV-1913 CRB |
|---|---|
| | MDL No. 1913 |
| This Document Relates to: | **PROOF OF SERVICE** |
| **Ajaye, et al. v. Air New Zealand, et al.** **Case No. C07-5911 CRB** | |

PROOF OF SERVICE
Case No. C07-5911 CRB

**PROOF OF SERVICE**

*AJAYE, et al. v. AIR NEW ZEALAND, et al.*

Case No. C07-5911 CRB

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of SAN FRANCISCO, STATE OF CALIFORNIA. My business address is 44 Montgomery Street, Suite 1200, San Francisco, California 94104. I am over the age of eighteen years and am not a party to the within action;

On March 21, 2008, I served the following document(s) entitled:

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES CORPORATION WITHOUT PREJUDICE [Fed. R. Civ. P. 41(a)(1)]**

on the PARTIES in this action as follows:

**SEE ATTACHED LIST**

__X__  **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

__X__  **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Francisco, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 21, 2008, at San Francisco, California.

_____
Cynthia Thomas

PROOF OF SERVICE
Case No. C07-5911 CRB

1

# SERVICE LIST

*AJAYE, et al. v. AIR NEW ZEALAND, et al.*

Case No. C07-5911 CRB

**Parties Served by Electronic Notice:**

| | |
|---|---|
| Dean Michael Harvey<br>John F. Cove, Jr.<br>Kenneth Fisher Rossman<br>BOIES, SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | Counsel for Defendant Northwest Airlines Corporation |
| Edward B. Schwartz<br>DLA PIPER US LLP<br>500 8th Street, NW<br>Washington, DC 20004 | Counsel for Defendant Cathay Pacific Airways |
| Ronald S. Rolfe<br>Rowan D. Wilson<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019 | Counsel for Defendant Thai Airways |

**Parties Served By U.S. Mail:**

| | |
|---|---|
| Michael J. Holland<br>CONDON & FORSYTH, LLP<br>7 Times Square, 18th Floor<br>New York, NY 10036 | Counsel for Defendant Air New Zealand |
| Douglas E. Rosenthal<br>CONSTANTINE CANNON, LLP<br>1627 Eye Street, N.W., 10th Floor<br>Washington, DC 20006 | Counsel for Defendant All Nippon Airways |
| James V. Dick<br>SQUIRE, SANDERS & DEMPSEY, LLP<br>1201 Pennsylvania Avenue, N.W., Suite 500<br>Washington, DC 20004 | Counsel for Defendant China Airlines |
| David Kirstein<br>KIRSTEIN & YOUNG, PLLC<br>1750 K Street, N.W., Suite 200<br>Washington, DC 20006 | Counsel for Defendant EVA Airlines |

| | | |
|---|---|---|
| 1 | William Karas<br>STEPTOE & JOHNSON, LLP | Counsel for Defendant Japan Airlines |
| 2 | 1330 Connecticut Avenue, N.W.<br>Washington, DC 20006 | |
| 3 | | |
| 4 | David A. Senior<br>Benjamin D. Weston<br>McBREEN & SENIOR | Counsel for Defendant Malaysia Airlines |
| 5 | 2029 Century Park East, Third Floor<br>Los Angeles, CA 90067 | |
| 6 | | |
| 7 | W. Tod Miller<br>BAKER & MILLER, PLLC<br>2401 Pennsylvania Avenue, N.W., Suite 300 | Counsel for Defendant Qantas Airways |
| 8 | Washington, DC 20037 | |
| 9 | William R. Sherman<br>LATHAM & WATKINS, LLP | Counsel for Defendant Singapore Airlines |
| 10 | 555 Eleventh Street, N.W., Suite 1000<br>Washinton, DC 20004 | |

**PROOF OF SERVICE**
Case No. C07-5911 CRB

3