OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking  
    Clerk

450 Golden Gate Avenue  
San Francisco, CA 94102  
415.522.2000

Central District of California (Western Div.)
255 East Temple Street
Los Angeles, CA 90012


Re: MDL No. 1913- In re Transpacific Passanger Air Transporation Antitrust Litigation

Title of Case(s)                                                      Your Case Number(s)  
Stephen Gaffigan v. Air New Zealand, et al.            C.A. No. 2:08-243

Dear Clerk:

     Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable Charles R. Breyer for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

     Please forward the **original record** and **a certified copy of the docket entries** in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: Simone Voltz

     If the case is an electronic case filing please do one of the following: 1) e-mail the PDF documents, as separate PDF files, including a PDF copy of the docket sheet to **SFmdl_clerk@cand.uscourts.gov**, 2) provide us with a temporary log in and a password to directly access your database and to expedite the downloading of the PDF files we need and/or require, or, 3) if you prefer, on a disc. We appreciate your prompt attention to this matter.

Sincerely yours,
Richard W. Wieking, Clerk

*Simone Voltz*

By: Simone Voltz
Deputy Clerk

Encl.