| | |
|---|---|
| 1 | Thomas V. Girardi (SBN 36603) |
| | tgirardi@girardikeese.com |
| 2 | Graham B. LippSmith (SBN 221984) |
| | glippsmith@girardikeese.com |
| 3 | **GIRARDI | KEESE** |
| | 1126 Wilshire Blvd. |
| 4 | Los Angeles, CA 90017 |
| | Tel: (213) 977-0211 |
| 5 | Fax: (213) 481-1554 |

*Attorneys for Plaintiffs Barton,
Smith and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW BARTON, TRACEY WADMORE SMITH, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRLINES, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIR, THAI AIRWAYS, UNITED AIRLINES, <br><br> Defendants. | Case No.: M:08-CV-01913-CRB <br><br> MDL No. 1913 <br><br> [~~PROPOSED~~] ORDER DISMISSING WITHOUT PREJUDICE NORTHWEST AIRLINES |

1  Based on the Request for Voluntary Dismissal pursuant to Federal Rule of Civil
2  Procedure 41(a)(i):

4  IT IS HEREBY ORDERED that Defendant NORTHWEST AIRLINES is
5  dismissed without prejudice.

8
9  DATED: March 21, 2008

   The Honorable C[...]
   United Sta[...]

   IT IS SO ORDERED
   Judge Charles R. Breyer

13 Submitted by:

14 /X/ Graham B. LippSmith
15 Thomas V. Girardi
   Graham B. LippSmith
16 **GIRARDI | KEESE**
17 1126 Wilshire Blvd.
   Los Angeles, CA 90017
18 Tel: (213) 977-0211
19 Fax: (213) 481-1554
20 *Attorneys for Barton, Smith
   and the Proposed Class*