Thomas V. Girardi (SBN 36603)
tgirardi@girardikeese.com
Graham B. LippSmith (SBN 221984)
glippsmith@girardikeese.com
**GIRARDI | KEESE**
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel: (213) 977-0211
Fax: (213) 481-1554

*Attorneys for Plaintiffs Barton,
Smith and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW BARTON, TRACEY WADMORE SMITH, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRLINES, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIR, THAI AIRWAYS, UNITED AIRLINES, <br><br> Defendants. | Case No.: M:08-CV-01913-CRB <br><br> MDL No. 1913 <br><br> [~~PROPOSED~~] **ORDER DISMISSING WITHOUT PREJUDICE NORTHWEST AIRLINES** |

Based on the Request for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(i):

IT IS HEREBY ORDERED that Defendant NORTHWEST AIRLINES is dismissed without prejudice.

DATED: March 21, 2008

The Honorable Ch...
United Sta...

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Submitted by:

/X/ Graham B. LippSmith
Thomas V. Girardi
Graham B. LippSmith
**GIRARDI | KEESE**
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel:  (213) 977-0211
Fax: (213) 481-1554
*Attorneys for Barton, Smith and the Proposed Class*