Terry Gross (103878)
Adam C. Belsky (147800)
Monique Alonso (127078)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200
Facsimile:   (415) 544-0201

Attorneys for Plaintiff
KEVIN MOY and the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | MDL: No. 1913 |
| | Case No. CV 08-01383 MEJ |
| This Document Relates to:<br><br>ALL ACTIONS | **PLAINTIFF KEVIN MOY'S RESPONSE IN SUPPORT OF PLAINTIFFS DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL** |
| | Date:   March 28, 2008<br>Time:   10:00 a.m.<br>Courtroom 8, 19th Floor |
| | The Honorable Charles R. Breyer |

## I. INTRODUCTION

Plaintiff Kevin Moy (Plaintiff) submits this response in support of Plaintiffs Donald Wortman, William Adams and Margaret Garcia's Motions for Appointment of Interim Lead Counsel filed on March 7, 2008. Plaintiffs Wortman, Adams and Garcia seek to appoint the law firm of Cotchett, Pitre & McCarthy ("CPM") as interim lead counsel in this matter. CPM is particularly qualified to serve as interim lead counsel as the firm has been at the head of the investigation and litigation of claims against the airline industry for the industry's practice of conspiring to increase the prices of international passenger airline ticket prices and unlawfully increasing fuel surcharges. CPM has led the efforts of plaintiffs' counsel, drafted and adopted a case management plan, and has coordinated efforts with all counsel in this case. Therefore, the Court should appoint CPM as Interim Lead Counsel for the plaintiff class.

## II. Plaintiff Kevin Moy Supports Appointment of CPM as Interim Lead Counsel as it is Well-Qualified to Serve as Lead Counsel

Plaintiff Kevin Moy supports the appointment of CPM as Interim Lead Counsel in this action. CPM has served as Co-Lead Counsel in the *In Re International Air Transportation Surcharge Antitrust Litigation*, Case No. 06-1793 CRB, MDL 1793, N.D. Cal.), and *In Re Korean Air Lines Co., Ltd. Antitrust Litigation*, (Case No. 07-05107 SJO, MDL 1891, C.D.Cal.). As a result of the firm's role in these matters, CPM is especially well-suited to serve as Interim Lead Counsel in this action. Both cases listed above involve the same industry and substantially similar antitrust allegations to the allegations made in this antitrust litigation. Therefore, CPM is uniquely qualified to handle the factual and legal issues that will arise in the Transpacific Air Passenger antitrust litigation matters.

## III. CPM has Already Taken the Lead in These Cases

CPM has already taken an active lead in prosecuting these cases. CPM has coordinated service of the complaint on foreign defendants, has represented plaintiffs before the Judicial Panel on Multidistrict Litigation, has identified the defendants, set forth the legal claims, and has constructed a case management plan.

//
//

**IV. Conclusion**

For all the foregoing reasons, Plaintiff hereby requests that CPM be appointed as Interim Lead Counsel in this litigation.

Dated: March 27, 2008

GROSS BELSKY ALONSO LLP

By: /s/ Terry Gross
Terry Gross

Attorneys for Plaintiff KEVIN MOY
and the Proposed Class

# CERTIFICATE OF SERVICE

**RE:** *Kevin Moy v. Air New Zealand, et al.*
*Case No. CV 08-01383 MEJ*

I am a citizen of the United States and employed in the County of San Francisco, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is GROSS BELSKY ALONSO LLP, 180 Montgomery Street, Suite 2200, San Francisco, CA, 94104. On the date set forth below, I served the following documents in the manner indicated on the below named parties and/or counsel of record:

- **PLAINTIFF KEVIN MOY'S RESPONSE IN SUPPORT OF PLAINTIFFS DONALD WORTMAN, WILLIAM ADAMS AND MARGARET GARCIA'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL**

___  **Facsimile** transmission from (415) 544-0201 during normal business hours, complete and without error on the date indicated below, as evidenced by the report issued by the transmitting facsimile machine.

___  **U.S. Mail**, with First Class postage prepaid and deposited in a sealed envelope at San Francisco, California.

<u>XX</u>  **By ECF:** I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in the Docket Number M:08-CV-01913 CRB.

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, and said correspondence would be deposited with the United States Postal Service at San Francisco, California that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 27, 2008 at San Francisco, California.

/s/ Mary B. Cunniff
MARY B. CUNNIFF