Michael P. Lehmann (77152; mlehmann@cmht.com)
Christopher L. Lebsock (184546; clebsock@cmht.com)
Jon T. King (205073; jking@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL,**
**P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA  94111
Telephone:  (415) 229-2080
Facsimile:   (415) 986-3643

Michael D. Hausfeld (mhausfeld@cmht.com)
Charles E. Tompkins (ctompkins@cmht.com)
Andrea L. Hertzfeld (ahertzfeld@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL,**
**P.L.L.C.**
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile:   (202) 408-4699

*Attorneys for Plaintiffs Rachel Diller and*
*Trong Nguyen and the Proposed Class*
*(Additional Counsel Listed on Signature Page)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | **Case No. 08-cv-01913-CRB** |
| | **MDL No. 1913** |
| **This Document Relates to:** | **NOTICE OF APPEARANCE OF MICHAEL D. HAUSFELD ON BEHALF OF PLAINTIFFS RACHEL DILLER AND TRONG NGUYEN** |
| **ALL ACTIONS** | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Michael D. Hausfeld, of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., hereby enters an appearance on behalf of Plaintiffs Rachel Diller and Trong Nguyen in the above-captioned matter.

NOTICE OF APPEARANCE OF MICHAEL D. HAUSFELD
CASE NO. 08-cv-01913-CRB

IMANAGE 361002.1

1   Dated:  March 27, 2008                    Respectfully submitted,

2

3                                      By: /s/ Michael D. Hausfeld

4                                          Michael P. Lehmann (Cal. Bar No. 77152;
                                              mlehmann@cmht.com)
5                                          Christopher L. Lebsock (Cal. Bar No. 184546;
                                              clebsock@cmht.com)
6                                          Jon T. King (Cal. Bar No. 205073;
                                              jking@cmht.com)
7                                          **COHEN, MILSTEIN, HAUSFELD & TOLL,**
                                           **P.L.L.C.**
8                                          One Embarcadero Center
                                           Suite 2440
9                                          San Francisco, CA  94111
                                           Telephone:  (415) 229-2080
10                                         Facsimile:   (415) 986-3643

11
                                           Michael D. Hausfeld (mhausfeld@cmht.com)
12                                         Charles E. Tompkins (ctompkins@cmht.com)
                                           Andrea L. Hertzfeld (ahertzfeld@cmht.com)
13                                         **COHEN, MILSTEIN, HAUSFELD & TOLL,**
                                           **P.L.L.C.**
14                                         1100 New York Avenue, NW
                                           West Tower, Suite 500
15                                         Washington, DC 20005
                                           Telephone:  (202) 408-4600
16                                         Facsimile:   (202) 408-4699

17                                         Allan Steyer (Cal. Bar No. 100318;
                                              asteyer@steyerlaw.com)
18                                         **STEYER LOWENTHAL BOODROOKAS**
                                           **ALVAREZ & SMITH LLP**
19                                         One California Street, Third Floor
                                           San Francisco, CA 94104
20                                         Telephone:  (415) 421-3400
                                           Facsimile:   (415) 421-2234
21

22                                         ***Attorneys for Plaintiffs Rachel Diller and***
                                           ***Trong Nguyen***
23

24

25

26

27

28

NOTICE OF APPEARANCE OF MICHAEL D. HAUSFELD
CASE NO. 08-cv-01913-CRB

IMANAGE 361002.1