Michael P. Lehmann (77152; mlehmann@cmht.com)
Christopher L. Lebsock (184546; clebsock@cmht.com)
Jon T. King (205073; jking@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA  94111
Telephone:  (415) 229-2080
Facsimile:   (415) 986-3643

Michael D. Hausfeld (mhausfeld@cmht.com)
Charles E. Tompkins (ctompkins@cmht.com)
Andrea L. Hertzfeld (ahertzfeld@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile:   (202) 408-4699

*Attorneys for Plaintiffs Rachel Diller and Trong Nguyen and the Proposed Class*
*(Additional Counsel Listed on Signature Page)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | **Case No. 08-cv-01913-CRB** <br><br> **MDL No. 1913** <br><br> **NOTICE OF APPEARANCE OF MICHAEL P. LEHMANN ON BEHALF OF PLAINTIFFS RACHEL DILLER AND TRONG NGUYEN** |
| **This Document Relates to:** <br><br> **ALL ACTIONS** | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Michael P. Lehmann, of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., hereby enters an appearance on behalf of Plaintiffs Rachel Diller and Trong Nguyen in the above-captioned matter.

NOTICE OF APPEARANCE OF MICHAEL P. LEHMANN
CASE NO. 08-cv-01913-CRB

- 1 -

IMANAGE 360963.1

| | |
|---|---|
| 1 | Dated:  March 27, 2008                                Respectfully submitted, |
| 2 | |
| 3 | By:  */s/ Michael P. Lehmann* |
| 4 | Michael P. Lehmann (Cal. Bar No. 77152; mlehmann@cmht.com) |
| 5 | Christopher L. Lebsock (Cal. Bar No. 184546; clebsock@cmht.com) |
| 6 | Jon T. King (Cal. Bar No. 205073; jking@cmht.com) |
| 7 | **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.** |
| 8 | One Embarcadero Center |
| 9 | Suite 2440 San Francisco, CA  94111 |
| 10 | Telephone:  (415) 229-2080 Facsimile:   (415) 986-3643 |
| 11 | |
| 12 | Michael D. Hausfeld (mhausfeld@cmht.com) Charles E. Tompkins (ctompkins@cmht.com) |
| 13 | Andrea L. Hertzfeld (ahertzfeld@cmht.com) **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.** |
| 14 | 1100 New York Avenue, NW West Tower, Suite 500 |
| 15 | Washington, DC 20005 Telephone:  (202) 408-4600 |
| 16 | Facsimile:   (202) 408-4699 |
| 17 | Allan Steyer (Cal. Bar No. 100318; asteyer@steyerlaw.com) |
| 18 | **STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP** |
| 19 | One California Street, Third Floor |
| 20 | San Francisco, CA 94104 Telephone:  (415) 421-3400 |
| 21 | Facsimile:   (415) 421-2234 |
| 22 | ***Attorneys for Plaintiffs Rachel Diller and Trong Nguyen*** |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

NOTICE OF APPEARANCE OF MICHAEL P. LEHMANN
CASE NO. 08-cv-01913-CRB

- 2 -

IMANAGE 360963.1