Michael P. Lehmann (77152; mlehmann@cmht.com)
Christopher L. Lebsock (184546; clebsock@cmht.com)
Jon T. King (205073; jking@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA  94111
Telephone:  (415) 229-2080
Facsimile:   (415) 986-3643

Michael D. Hausfeld (mhausfeld@cmht.com)
Charles E. Tompkins (ctompkins@cmht.com)
Andrea L. Hertzfeld (ahertzfeld@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile:   (202) 408-4699

*Attorneys for Plaintiffs Rachel Diller and Trong Nguyen and the Proposed Class*
*(Additional Counsel Listed on Signature Page)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Case No. 08-cv-01913-CRB<br><br>MDL No. 1913 |
| **This Document Relates to:**<br><br>**ALL ACTIONS** | **NOTICE OF APPEARANCE OF ANDREA L. HERTZFELD ON BEHALF OF PLAINTIFFS RACHEL DILLER AND TRONG NGUYEN** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Andrea L. Hertzfeld, of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., hereby enters an appearance on behalf of Plaintiffs Rachel Diller and Trong Nguyen in the above-captioned matter.

Dated: March 27, 2008                    Respectfully submitted,

By: */s/ Andrea L. Hertzfeld*

    Michael P. Lehmann (Cal. Bar No. 77152;
      mlehmann@cmht.com)
    Christopher L. Lebsock (Cal. Bar No. 184546;
      clebsock@cmht.com)
    Jon T. King (Cal. Bar No. 205073;
      jking@cmht.com)
    **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
    One Embarcadero Center
    Suite 2440
    San Francisco, CA 94111
    Telephone: (415) 229-2080
    Facsimile: (415) 986-3643

    Michael D. Hausfeld (mhausfeld@cmht.com)
    Charles E. Tompkins (ctompkins@cmht.com)
    Andrea L. Hertzfeld (ahertzfeld@cmht.com)
    **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
    1100 New York Avenue, NW
    West Tower, Suite 500
    Washington, DC 20005
    Telephone: (202) 408-4600
    Facsimile: (202) 408-4699

    Allan Steyer (Cal. Bar No. 100318;
      asteyer@steyerlaw.com)
    **STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**
    One California Street, Third Floor
    San Francisco, CA 94104
    Telephone: (415) 421-3400
    Facsimile: (415) 421-2234

    ***Attorneys for Plaintiffs Rachel Diller and Trong Nguyen***

NOTICE OF APPEARANCE OF ANDREA L. HERTZFELD
CASE NO. 08-cv-01913-CRB

- 2 -