Michael P. Lehmann (77152; mlehmann@cmht.com)
Christopher L. Lebsock (184546; clebsock@cmht.com)
Jon T. King (205073; jking@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA  94111
Telephone:  (415) 229-2080
Facsimile:   (415) 986-3643

Michael D. Hausfeld (mhausfeld@cmht.com)
Charles E. Tompkins (ctompkins@cmht.com)
Andrea L. Hertzfeld (ahertzfeld@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile:   (202) 408-4699

*Attorneys for Plaintiffs Rachel Diller and Trong Nguyen and the Proposed Class*
*(Additional Counsel Listed on Signature Page)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | **Case No. 08-cv-01913-CRB** <br><br> **MDL No. 1913** |
| **This Document Relates to:** <br><br> **ALL ACTIONS** | **NOTICE OF APPEARANCE OF CHRISTOPHER L. LEBSOCK ON BEHALF OF PLAINTIFFS RACHEL DILLER AND TRONG NGUYEN** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Christopher L. Lebsock, of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., hereby enters an appearance on behalf of Plaintiffs Rachel Diller and Trong Nguyen in the above-captioned matter.

NOTICE OF APPEARANCE OF CHRISTOPHER L. LEBSOCK
CASE NO. 08-cv-01913-CRB

- 1 -

IMANAGE 361001.1

| | |
|---|---|
| 1 | Dated: March 27, 2008 |

Respectfully submitted,

By: */s/ Christopher L. Lebsock*

Michael P. Lehmann (Cal. Bar No. 77152;
  mlehmann@cmht.com)
Christopher L. Lebsock (Cal. Bar No. 184546;
  clebsock@cmht.com)
Jon T. King (Cal. Bar No. 205073;
  jking@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA  94111
Telephone:  (415) 229-2080
Facsimile:   (415) 986-3643

Michael D. Hausfeld (mhausfeld@cmht.com)
Charles E. Tompkins (ctompkins@cmht.com)
Andrea L. Hertzfeld (ahertzfeld@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile:   (202) 408-4699

Allan Steyer (Cal. Bar No. 100318;
  asteyer@steyerlaw.com)
**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**
One California Street, Third Floor
San Francisco, CA 94104
Telephone:  (415) 421-3400
Facsimile:   (415) 421-2234

***Attorneys for Plaintiffs Rachel Diller and Trong Nguyen***

NOTICE OF APPEARANCE OF CHRISTOPHER L. LEBSOCK
CASE NO. 08-cv-01913-CRB

- 2 -

IMANAGE 361001.1