| | |
|---|---|
| 1 | EDWARD B. SCHWARTZ, |
| 2 | *admitted pro hac vice*<br>Edward.Schwartz@dlapiper.com |
| 3 | DLA PIPER US LLP<br>500 8th Street, N.W. |
| 4 | Washington, D.C.  20004<br>Tel:         202.799.4516 |
| 5 | Fax:        202.799.5516 |
| 6 | DANIELLE S. FITZPATRICK (Cal. Bar No. 196593)<br>Danielle.Fitzpatrick@dlapiper.com |
| 7 | DLA PIPER US LLP<br>701 Fifth Avenue, Suite 7000 |
| 8 | Seattle, Washington  98104<br>Tel:         206.839.4800 |
| 9 | Fax:        206.839.4801 |
| 10 | Attorneys for Defendant<br>CATHAY PACIFIC AIRWAYS LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION**<br><br>**This Document Relates to:**<br><br>**ALL ACTIONS** | **CASE NO.  08-cv-01913-CRB**<br><br>**MDL No. 1913**<br><br>**NOTICE OF APPEARANCE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that attorney Danielle S. Fitzpatrick of the law firm of DLA Piper US LLP hereby appears as counsel for defendant Cathay Pacific Airways Ltd. in the above-captioned matter.

////

NOTICE OF APPEARANCE OF
DANIELLE S. FITZPATRICK -- 1
CASE NO. 08-cv-01913-CRB

1 | Dated this 28th day of March, 2008.

2 | DLA PIPER US LLP

3 | By: /s/ Danielle S. Fitzpatrick

4 | Danielle S. Fitzpatrick (Cal. Bar No. 196593)
Danielle.fitzpatrick@dlapiper.com
701 Fifth Avenue, Suite 7000
Seattle, Washington 98104
Tel: 206.839.4800
Fax: 206.839.4801

Attorneys for Defendant
CATHAY PACIFIC AIRWAYS LTD.

SE\9109338.1

NOTICE OF APPEARANCE OF
DANIELLE S. FITZPATRICK -- 2
CASE NO. 08-cv-01913-CRB