1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

13
14
15

| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No. CV 07-5634 CRB<br><br>MDL No. 1913 |
|---|---|
| This Document Relates To:<br><br>*Dickson Leung v. EVA Airways, et al.,*<br>Case No. CV 08-1616 VRW | **[~~PROPOSED~~] ORDER GRANTING PLAINTIFF DICKSON LEUNG'S ADMINISTRATIVE MOTION TO RELATE CASES** |

16
17
18
19
20
21
22
23
24
25
26
27
28

1  Pursuant to Civil Local Rule 3-12, and on good cause shown, Plaintiff Dickson Leung's Administrative Motion to Relate Cases is granted.  The action captioned *Leung v. EVA Airways, et al.*, Case No. CV 08-1616 VRW ("*Leung*"), filed March 25, 2008, is related to *Wortman, et al. v. Air New Zealand, Ltd., et al.,* Case No. CV 07-5634 CRB ("*Wortman*").  *Leung* shall be consolidated in *In re Transpacific Passenger Air Transportation Antitrust Litigation*, N.D. Cal. Case No. CV 07-5634 CRB.

Dated: __March 31__, 2008

_____
Hon. Charles R. Breyer