1  Terry Gross (103878)
   Adam C. Belsky (147800)
2  Monique Alonso (127078)
   GROSS BELSKY ALONSO LLP
3  180 Montgomery Street, Suite 2200
   San Francisco, California 94104
4  Telephone: (415) 544-0200
   Facsimile:  (415) 544-0201
5
   Attorneys for Plaintiff
6  KEVIN MOY and the Proposed Class

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 DONALD WORTMAN, WILLIAM          ) Case No.  CV 07-5634 CRB
   ADAMS, MARGARET GARCIA,          )
13 individually and on behalf of all others ) **[PROPOSED]** ORDER GRANTING
   similarly situated,              ) **PLAINTIFF KEVIN MOY'S**
14                                  ) **ADMINISTRATIVE MOTION TO**
                Plaintiffs,         ) **CONSIDER WHETHER CASES**
15                                  ) **SHOULD BE RELATED**
        v.                          )
16                                  ) **(Civil Local Rule 3-12 AND 7-11)**
                                    )
17 AIR NEW ZEALAND, et al.,         )
                                    )
18              Defendants.         )
                                    )
19                                  )
                                    )
20 **This Document Relates to:**    )
                                    ) Case No.:  C 08-01383 MEJ
21 KEVIN MOY  v. AIR NEW ZEALAND;   )
   ALL NIPPON AIRWAYS; CATHAY       )
22 PACIFIC AIRWAYS; CHINA AIRLINES; )
   EVA AIRLINES; JAPAN AIRLINES     )
23 INTERNATIONAL; MALAYSIA          )
   AIRLINES; NORTHWEST AIRLINES;    )
24 QANTAS AIRWAYS;  SINGAPORE AIR;  )
   THAI AIRWAYS; and UNITED         )
25 AIRLINES, INC.,                  )
                                    )

26

27

28

1    Pursuant to Local Rule 3-12, and on good cause shown, Plaintiff Kevin Moy's Administrative
2  Motion to Consider Whether Cases Should be Related is GRANTED.  The matter captioned *Kevin*
3  *Moy v. Air New Zealand, et al.*, Case No. CV 08-01383 MEJ, filed on March 11, 2008, is related to
4  the matter captioned *David Wortman v. Air New Zealand, et al.*, Case No. CV 07-0534 CRB, filed on
5  November 6, 2007 CRB.  Further, *Moy* shall be coordinated with the MDL proceeding entitled *In Re*
6  *Transpacific Passenger Air Transportation Antitrust Litigation*, Case No. M:08-CV-01913 CRB.

8  Dated: _____March 31_____, 2008        
                                          _____
9                                         Honorable Charles R. Breyer