1  Terry Gross (103878)
   Adam C. Belsky (147800)
2  Monique Alonso (127078)
   GROSS BELSKY ALONSO LLP
3  180 Montgomery Street, Suite 2200
   San Francisco, California 94104
4  Telephone: (415) 544-0200
   Facsimile:  (415) 544-0201
5
   Attorneys for Plaintiff
6  KEVIN MOY and the Proposed Class

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | DONALD WORTMAN, WILLIAM            ) Case No.  CV 07-5634 CRB
   | ADAMS, MARGARET GARCIA,            )
13 | individually and on behalf of all others ) [~~PROPOSED~~] **ORDER GRANTING**
   | similarly situated,                 ) **PLAINTIFF KEVIN MOY'S**
14 |                                     ) **ADMINISTRATIVE MOTION TO**
   |                     Plaintiffs,     ) **CONSIDER WHETHER CASES**
15 |                                     ) **SHOULD BE RELATED**
   |        v.                           )
16 |                                     ) **(Civil Local Rule 3-12 AND 7-11)**
   |                                     )
17 | AIR NEW ZEALAND, et al.,            )
   |                                     )
18 |                     Defendants.     )
   |                                     )
19 |                                     )
   |                                     )
20 | **This Document Relates to:**       )
   |                                     ) Case No.:  C 08-01383 MEJ
21 | KEVIN MOY v. AIR NEW ZEALAND;       )
   | ALL NIPPON AIRWAYS; CATHAY          )
22 | PACIFIC AIRWAYS; CHINA AIRLINES;    )
   | EVA AIRLINES; JAPAN AIRLINES        )
23 | INTERNATIONAL; MALAYSIA             )
   | AIRLINES; NORTHWEST AIRLINES;       )
24 | QANTAS AIRWAYS; SINGAPORE AIR;      )
   | THAI AIRWAYS; and UNITED            )
25 | AIRLINES, INC.,                     )
                                         )
26

27

28

---

[PROPOSED] ORDER GRANTING PLAINTIFF KEVIN MOY'S ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. C 07-0534 CRB                                                        1

1       Pursuant to Local Rule 3-12, and on good cause shown, Plaintiff Kevin Moy's Administrative
2 Motion to Consider Whether Cases Should be Related is GRANTED.  The matter captioned *Kevin*
3 *Moy v. Air New Zealand, et al.*, Case No. CV 08-01383 MEJ, filed on March 11, 2008, is related to
4 the matter captioned *David Wortman v. Air New Zealand, et al.*, Case No. CV 07-0534 CRB, filed on
5 November 6, 2007 CRB.  Further, *Moy* shall be coordinated with the MDL proceeding entitled *In Re*
6 *Transpacific Passenger Air Transportation Antitrust Litigation*, Case No. M:08-CV-01913 CRB.

8 Dated: _____March 31_____, 2008      _____
                                                                                           Honorable Charles R. Breyer