Christopher T. Casamassima (CA Bar No. 211280)
Email: ccasamassima@kirkland.com
**KIRKLAND & ELLIS LLP**
777 South Figueroa Street
Los Angeles, California 90017-5800
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant EVA Airways

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW BARTON, TRACEY WADMORE SMITH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS,**<br><br>**Defendants.** | Case No. 08-md-01913 CRB<br><br>Transferred from: CD CA 07-cv-7392<br><br>Honorable Charles R. Breyer<br><br>**AMENDED JOINT STIPULATION PURSUANT TO LOCAL RULES 6-1 AND 6-2 EXTENDING TIME TO RESPOND TO COMPLAINT AND COURT- ORDERED DEADLINES [PROPOSED] ORDER** |

Pursuant to Local Rules 6-1 and 6-2, and in light of the February 19, 2008 Judicial Panel on Multidistrict Litigation Transfer Order consolidating this case and the other Transpacific Passenger Air cases and the Court's Reassignment Order of January 24, 2008, plaintiff Andrew Barton and Tracey Wadmore Smith ("Plaintiffs"),

1  and defendant EVA Airways Corp. ("Defendant"), through counsel, hereby stipulate
2  and agree as follows:
3      IT IS HEREBY STIPULATED AND AGREED that Defendant's time to
4  answer, move or otherwise respond to Plaintiffs' complaint shall be extended until
5  forty-five days after the filing of a Consolidated Amended Complaint in the
6  Transpacific Air Passenger cases, or such other times as the parties may jointly agree
7  to in writing.
8      IT IS FURTHER STIPULATED AND AGREED that defense counsel
9  shall accept service on behalf of Defendant of the summons and complaint in the
10 above-captioned matter, including any amended or consolidated complaints, and
11 further, that Defendant shall not contest sufficiency of process or service of process.
12 This Stipulation does not constitute a waiver of any other defense including, but not
13 limited to, the defenses of lack of personal or subject matter jurisdiction or improper
14 venue.  Nothing in this paragraph shall obligate Defendant to answer, move, or
15 otherwise respond to any complaint until the time provided in the preceding
16 paragraph.
17
18
19
20
21
22
23
24
25
26
27
28

**Case No. 08-md-1913, Amended Stipulation Pursuant To Local Rules 6-1 and 6-2 Extending Time To Respond To Complaint And Court-Ordered Deadlines and [Proposed] Order**

1  IT IS SO STIPULATED.
2       Respectfully submitted,

3  Dated: April 3, 2008          KIRKLAND & ELLIS LLP
4

5                                By:    /s/ Christopher T. Casamassima

6                                       777 South Figueroa Street
7                                       Los Angeles, California 90017-5800
                                        Telephone: (213) 680-8400
8                                       Facsimile: (213) 680-8500
                                        Email: ccasamassima@kirkland.com
9

10                               *Counsel for Defendant EVA Airways*

11

12
13  Dated: April 3, 2008          By: /s/ Graham B. LippSmith (*with authorization*)

14                                    Girardi and Keese
                                      1126 Wilshire Boulevard
15                                    Los Angeles, CA 90017
                                      Telephone: (213) 977-0211
16                                    Email: glippsmith@girardikeese.com

17                               *Counsel for Plaintiffs*

18
19
20
21
22
23
24
25
26
27
28

**Case No. 08-md-1913, Amended Stipulation Pursuant To Local Rules 6-1 and 6-2 Extending Time To Respond To Complaint And Court-Ordered Deadlines and [Proposed] Order**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW BARTON, TRACEY WADMORE SMITH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS,**<br><br>**Defendants.** | Case No. 08-md-01913 CRB<br><br>Transferred from: CD CA 07-cv-7392<br><br>**[PROPOSED] ORDER PURSUANT TO LOCAL RULES 6-1 AND 6-2 EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING COURT-ORDERED DEADLINES** |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT Defendant's time to answer, move or otherwise respond to Plaintiffs' complaint shall be extended until forty-five days after the filing of a Consolidated Amended Complaint in the Transpacific Air Passenger cases, or such other times as the parties may jointly agree to in writing.

Dated: [     ] [ ], 2008

_____
Honorable Charles R. Breyer
Judge of the United States District Court