# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW BARTON, TRACEY WADMORE SMITH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS,<br><br>Defendants. | Case No. 08-md-01913 CRB<br><br>Transferred from: CD CA 07-cv-7392<br><br>[~~PROPOSED~~] ORDER PURSUANT TO LOCAL RULES 6-1 AND 6-2 EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING COURT-ORDERED DEADLINES |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT Defendant's time to answer, move or otherwise respond to Plaintiffs' complaint shall be extended until forty-five days after the filing of a Consolidated Amended Complaint in the Transpacific Air Passenger cases, or such other times as the parties may jointly agree to in writing.

Dated: [ April ] [ 4 ], 2008

_____
Honorable Charles R. Breyer
Judge of the United States District Court



Case No. 08-md-1913, Amended Stipulation Pursuant To Local Rules 6-1 and 6-2 Extending Time To Respond To Complaint And Court-Ordered Deadlines and [Proposed] Order