1  Bruce L. Simon (Bar No. 96241)
   Esther L. Klisura (Bar No. 221171)
2  PEARSON, SIMON, SOTER, WARSHAW
     & PENNY, LLP
3  44 Montgomery Street, Suite 1430
   San Francisco, CA 94104
4  Telephone: (415) 433-9000
   Facsimile: (415) 433-9008
5  Email:    bsimon@psswplaw.com

6  *Counsel for Plaintiffs Franklyn Ajaye, Ming-Chun
   Wu Chen, Tzu-Chiao Chen, Rayna Rusenko, Titi*
7  *Tran, Boris Zingerman, and Galina Zingerman*

8

9              UNITED STATES DISTRICT COURT

10   NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

11

| 12  IN RE TRANSPACIFIC AIR         | CASE NO. M08-CV-1913 CRB |
| PASSENGER ANTITRUST                | MDL No. 1913             |
| 13  LITIGATION                     |                          |
| 14                                 | NOTICE OF CHANGE OF ADDRESS |
| 15  This Document Relates to:      |                          |
| 16  ALL ACTIONS                    |                          |

17

18  **TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

19       PLEASE TAKE NOTICE that effectively immediately the address for the San

20  Francisco office of PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP has

21  changed. The new address is as follows:

22            PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
                      44 Montgomery Street, Suite 1430
23                         San Francisco, CA 94104

24       The firm's e-mail address, telephone and facsimile numbers remain the same.
25  Please update your records accordingly.

26

27

28

784853.1                    NOTICE OF CHANGE OF ADDRESS
Case No. C07-5911 CRB

| | |
|---|---|
| 1  DATED: June 3, 2008 | **PEARSON, SIMON, SOTER,** |
| 2 | **WARSHAW & PENNY, LLP** |
|   | BRUCE L. SIMON |
|   | ESTHER L. KLISURA |

By:   /s/
           BRUCE L. SIMON
Attorneys for Plaintiffs Franklyn Ajaye, Ming-Chun Wu Chen, Tzu-Chiao Chen, Rayna Rusenko, Titi Tran, Boris Zingerman, and Galina Zingerman

784853.1
Case No. C07-5911 CRB

NOTICE OF CHANGE OF ADDRESS

1