IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re : **TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION**

_____/

No.  MDL 08-1913 CRB

**ORDER VACATING ORDER OF REFERRAL TO MAGISTRATE JUDGE**

IT HEREBY IS ORDERED that the order of reference to Magistrate Judge Edward M. Chen for a settlement conference is vacated.

**IT IS SO ORDERED.**

Dated: June 9, 2009

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE