Morissa R. Falk (State Bar No. 4475448)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477
Email: mfalk@labaton.com

*Attorney for Plaintiff Rachel Diller*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | **Case No. M:08-cv-01913-CRB** |
| | **NOTICE OF APPEARANCE OF MORISSA R. FALK** |
| **This Document Relates to:** | |
| **ALL ACTIONS** | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Morissa R. Falk of Labaton Sucharow LLP hereby appears as counsel for Plaintiff Rachel Diller in the above-captioned matter.

Dated: September 1, 2009

Respectfully submitted,

/s/ Morissa R. Falk
Morissa R. Falk (State Bar No. 4475448)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Tel: 212-907-0700
Fax: 212-818-0477
Email: mfalk@labaton.com

*Attorney for Plaintiff Rachel Diller*

1

## CERTIFICATE OF SERVICE

2       The undersigned hereby certifies that the a true and correct copy of the foregoing **Notice**

3   **of Appearance of Morissa R. Falk** was filed electronically with the Clerk of Courts using the

4   CM/ECF system, which will send notification of such filing to all counsel of record on the 1st

5   day of September, 2009.

6

7                             /s/ Morissa R. Falk
                                Morissa R. Falk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28