UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No.: M:08-CV-01913-CRB <br><br> Assigned to Hon. Charles R. Breyer <br><br> ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

Paul L. Yde, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is Freshfields Bruckhaus Deringer US, LLP, 701 Pennsylvania Ave., NW, Suite 600, Washington, DC 20004, telephone: 202-777-4530, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Continental Airlines, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: September 16, 2009



United States District Judge Charles R. Breyer

IT IS SO ORDERED

---

ORDER GRANTING ADMISSION OF ATTORNEY PRO HAC VICE     1     CASE NO. M:08-CV-01913-CRB