UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | ) MDL No. 1913 ) ) Master File No.: Case No. CV 07-5634 CRB |
| This Document Relates to: ALL ACTIONS | ) [PROPOSED] ORDER GRANTING MOTION BY LABATON SUCHAROW LLP FOR AN ORDER DIRECTING THE WITHDRAWAL OF MORISSA R. FALK AS COUNSEL FOR PLAINTIFF RACHEL DILLER |

BEFORE THE COURT is a motion by Labaton Sucharow LLP directing the withdrawal of Morissa R. Falk as Counsel for Plaintiff Rachel Diller. The motion is GRANTED.

Morissa R. Falk is permitted to withdraw as counsel for Plaintiff Rachel Diller and is relieved of all further obligation and responsibility in these actions.

DONE AND ORDERED on this  5th    day of January, 2011.



_____
HON. CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

[PROPOSED] ORDER GRANTING MOTION BY LABATON SUCHAROW LLP FOR AN ORDER DIRECTING THE WITHDRAWAL OF MORISSA R. FALK AS COUNSEL FOR PLAINTIFF RACHEL DILLER
[CASE NO. C 07-5634 CRB]