1  HOGAN LOVELLS US LLP
   Robert B. Hawk (Bar No. 118054)
2  Christopher J. Mitchell (Bar No. 215639)
   525 University Avenue, 4th Floor
3  Palo Alto, California 94301
   Telephone:    (650) 463-4000
4  Facsimile:    (650) 463-4199
   robert.hawk@hoganlovells.com
5  chris.mitchell@hoganlovells.com

6  HOGAN LOVELLS US LLP
   Megan Dixon (Bar No. 162895)
7  Benjamin Diggs (Bar No. 245904)
   4 Embarcadero Center, 22nd Floor
8  San Francisco, CA 94111
   Telephone:    (415) 374-2301
9  Facsimile:    (415) 374-2499
   megan.dixon@hoganlovells.com
10
   Attorneys for Defendant
11 Vietnam Airlines Corporation

12                        UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14

15 IN RE TRANSPACIFIC PASSENGER          Case No.  3:07-cv-05634-CRB
   AIR TRANSPO'.TATION ANTITRUST
16 LITIGATION                            MDL No. 1913

17 This Document Relates to:             **DEFENDANT VIETNAM AIRLINES
   ALL ACTIONS,                          CORPORATION'S REPRESENTATION
18                                       STATEMENT**

19

20

21

22

23

24

25

26

27

28

1

## REPRESENTATION STATEMENT

2      Pursuant to F.R.A. P. 12(b) and Circuit Rule 3-2, undersigned counsel hereby states that

3    undersigned counsel represents Vietnam Airlines Corporation and no other party. The following

4    is a list of all other remaining parties to the action in the district Court and their counsel.

| | |
|---|---|
| 5  **Joseph W. Cotchett** <br> **Steven N. Williams** <br> 6  Nanci E. Nishimura <br> Aron K. Liang <br> 7  **Matthew K. Edling** <br> Cotchett Pitre & McCarthy <br> 8  840 Malcolm Road <br> Suite 200 <br> 9  Burlingame, CA 94010 <br> 650-697-6000 <br> 10  Fax: 650-697-0577 <br> jcotchett@cpmlegal.com <br> 11  swilliams@cpmlegal.com <br> nnishimura@cpmlegal.com <br> 12  aliang@cpmlegal.com <br> dpark@cpmlegal.com <br> 13  meling@cpmlegal.com | *Attorneys for All Plaintiffs* |
| 14  **Michael P. Lehmann** <br> **Christopher L. Lebsock** <br> 15  **Jon T. King** <br> Hausfeld LLP <br> 16  44 Montgomery Street <br> Suite 3400 <br> 17  San Francisco, CA 94104 <br> (415) 633-1949 <br> 18  mlehmann@hausfeldllp.com <br> clebsock@hausfeldllp.com <br> 19  jking@hausfeldllp.com | *Attorneys for All Plaintiffs* |
| 20  **Michael D. Hausfeld** <br> **Megan E. Jones** <br> 21  Hausfeld LLP <br> 1700 K Street, N.W. 650 <br> 22  Washington, D.C. 20006 <br> (202) 540-7200 <br> 23  Fax: (202) 540-7201 <br> mhausfeld@hausfeldllp.com <br> 24  mjones@hausfeldllp.com | *Attorneys for All Plaintiffs* |
| 25  **Elizabeth Lane Crooke** <br> **Richard Pollard Kinnan** <br> 26  **Walter John Lack** <br> Engstrom Lipscomb & Lack <br> 27  10100 Santa Monica Blvd., 16th Floor Los <br> Angeles, CA 90067 <br> 28  310-552-3800x313 | *Attorneys for Plaintiff Donald Wortman* |

- 1 -

| | |
|---|---|
| Fax: 310-552-9434<br>bcrooke@,elllaw.com<br>rkinnan@elllaw.com<br>wlack@elllaw.com | |
| **Aaron M. Sheanin**<br>Girard Gibbs LLP<br>601 California Street Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>Fax: 415-981-4846<br>asheanin@pswplaw.com | *Attorneys for Plaintiff Donald Wortman* |
| **Elizabeth Lane Crooke**<br>**Richard Pollard Kinnan**<br>**Walter John Lack**<br><br>(See above for address) | *Attorneys for Plaintiff William Adams* |
| **Elizabeth Lane Crooke**<br>**Richard Pollard Kinnan**<br>**Walter John Lack**<br><br>(See above for address) | *Attorneys for Plaintiff Margaret Garcia* |
| **Derek G. Howard**<br>Minami Tamaki LLP<br>360 Post Street<br>8th Floor<br>San Francisco, CA 94108<br>415-788-9000<br>Fax: 415-398-3887<br>dhoward@minamitamaki.com | *Attorneys for Plaintiff Brenden G. Maloof* |
| **Reginald Von Terrell**<br>The Terrell Law Group<br>Post Office Box 13315, PMB #148<br>Oakland, CA 94661<br>510-237-9700<br>Fax: 510-237-4616<br>reggiet2@aol.com | *Attorneys for Plaintiff Robert Casteel, III* |
| **Sharron Williams Gelobter**<br>Yurumein Law Firm<br>1736 Franklin Street, 10th Floor<br>Oakland, CA 94612<br>510-288-8686<br>Fax: 775-522-6586 | *Attorneys for Plaintiff Robert Casteel, III* |
| **Craig C. Corbitt**<br>Zelle Hofmann Voelbel & Mason LLP<br>44 Montgomery Street<br>Suite 3400<br>San Francisco, CA 94104 | *Attorneys for Plaintiff Micah Abrams* |

- 2 -

REPRESENTATION STATEMENT

| | |
|---|---|
| 415-693-0700<br>Fax: 415-693-0770<br>ccorbitt@zelle.com | |
| **Jennie Lee Anderson**<br>Andrus Anderson LLP<br>155 Montgomery Street<br>Suite 900<br>San Francisco, CA 94104<br>415-986-1400<br>Fax: 415-986-1474<br>jennie@andrusanderson.com | *Attorneys for Plaintiff Micah Abrams* |
| **Mario Nunzio Alioto**<br>**Lauren Clare Russell**<br>Trump Alioto Trump & Prescott LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>415-563-7200<br>Fax: 415-346-0679<br>malioto@tatp.com<br>laurenrussell@tatp.com | *Attorneys for Plaintiff Martin Kaufman* |
| **Joseph Mario Patane**<br>Law Office of Joseph M. Patane<br>2280 Union Street<br>San Francisco, CA 94123<br>415-563-7200<br>Fax: 415-346-0679<br>Email: jpatane@tatp.com | *Attorneys for Plaintiff Martin Kaufman* |
| **Sherman Kassof**<br>Law Offices of Sherman Kassof<br>954 Risa Road<br>Suite B<br>Lafayette, CA 94549<br>510-652-2554<br>Fax: 510-652-9308<br>heevay@att.net | *Attorneys for Plaintiff Martin Kaufman* |
| **Jay L. Himes**<br>**Seth R. Gassman**<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005<br>212-907-0834<br>jhimes@labaton.com<br>sgassman@labaton.com | *Attorneys for Plaintiff Rachel Diller* |
| **Allan Steyer**<br>**Michelle Ackerman**<br>Steyer Lowenthal Boodrookas Alvarez &<br>Smith LLP<br>One California Street, Suite 300 | *Attorneys for Plaintiff Rachel Diller* |

- 3 -

| | |
|---|---|
| San Francisco, CA 94111<br>415-421-3400<br>Fax: (415) 421-2234<br>asteyer@steyerlaw.com<br>makerman@steyerlaw.com | |
| **Brian P Murray**<br>**Lee Albert**<br>Murray, Frank & Sailer LLP<br>275 Madison Avenue, 8th Floor<br>New York, NY 10016<br>212-682-1818<br>Fax: 212-682-1892<br>bmurray@murrayfrank.com<br>lalbert@murrayfrank.com | *Attorneys for Plaintiff Rachel Diller* |
| **Daniel Cohen**<br>Cuneo Gilbert & LaDuca, LLP<br>507 C Street NE<br>Washington, DC 20002<br>202-789-3960<br>danielc@cuneolaw.com | *Attorneys for Plaintiff Rachel Diller* |
| **Kimberly Ann Kralowec**<br>The Kralowec Law Group<br>188 The Embarcadero, Suite 800<br>San Francisco, CA 94105<br>415-546-6800<br>Fax: 415-546-6801<br>kkralowec@kraloweclaw.com | *Attorneys for Plaintiff Rachel Diller* |
| **Robert G. Eisler**<br>Cohen, Milstein, Hausfeld & Toll, PLLC<br>150 East 52nd Street<br>30th Floor<br>New York, NY 10022<br>212-838-7797<br>Fax: 212-838-7745<br>reisler@gelaw.com | *Attorneys for Plaintiff Rachel Diller* |
| **Steven A. Kanner**<br>**William Henry London**<br>Freed Kanner London & Millen LLC<br>2201 Waukegan Road<br>Suite 130<br>Bannockburn, IL 60015<br>224-632-4500<br>Fax: 224-632-4519<br>kanner@fklmlaw.com<br>wlondon@fklmlaw.com | *Attorneys for Plaintiff Rachel Diller* |
| **Jeff S. Westerman**<br>Milberg LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900 | *Attorneys for Plaintiff Lori Barrett* |

- 4 -

| | |
|---|---|
| Los Angeles, CA 90071<br>213-617-1200<br>Fax: 213-617-1975<br>jwesterman@milberg.com | |
| **Peter G.A. Safirstein**<br>Milberg LLP<br>One Pennsylvania Plaza<br>New York, NY 10119-0165<br>212-594-5300<br>Fax: 212-868-1229<br>psafirstein@milberg.com | *Attorneys for Plaintiff Lori Barrett* |
| **Phillip Alden Baker**<br>Baker, Keener & Nahra<br>633 W. 5th Street<br>Suite 5400<br>Los Angeles, CA 90071<br>213-241-0900<br>Fax: 213-241-0990<br>pbaker@bknlawyers.com | *Attorneys for Plaintiff Clyde H. Campbell* |
| **Phillip Alden Baker**<br>(See above for address) | *Attorneys for Plaintiff Matthew Evans* |
| **Guido Saveri**<br>Saveri & Saveri, Inc.<br>706 Sansome Street<br>San Francisco, CA 94111<br>415-217-6810<br>Fax: 415-217-6813<br>guido@saveri.com | *Attorneys for Plaintiff Thomas Schelly* |
| **Aaron M. Sheanin**<br>(See above for address) | *Attorneys for Plaintiff Mark Foy* |
| **Jeff S. Westerman**<br>(See above for address)<br><br>**Peter G.A. Safirstein**<br>(See above for address) | *Attorneys for Plaintiff Jason Gregory Turner* |
| **Laurence D. King**<br>Kaplan Fox & Kilsheimer LLP<br>350 Sansome Street<br>Suite 400<br>San Francisco, CA 94104<br>415-772-4700<br>Fax: 415-772-4707<br>lking@kaplanfox.com | *Attorneys for Plaintiff Stephen Gaffigan* |
| **Lori Sambol Brody**<br>Kaplan Fox & Kilsheimer LLP<br>1801 Century Park East, Suite 1095<br>Los Angeles, CA 90067 | *Attorneys for Plaintiff Stephen Gaffigan* |

- 5 -

| | |
|---|---|
| 310-785-0800<br>Fax: 310-785-0897<br>lbrody@kaplanfox.com | |
| **Laurence D. King**<br>(See above for address)<br><br>**Lori Sambol Brody**<br>(See above for address) | *Attorneys for Plaintiff Bruce Hut* |
| **Marc M. Seltzer**<br>Susman Godfrey LLP<br>1901 Avenue of the Stars<br>Suite 950<br>Los Angeles, CA 90067-6029<br>310-789-3100<br>Fax: 310-789-3150<br>mseltzer@susmangodfrey.com | *Attorneys for Plaintiff Bruce Hut* |
| **Daniel J Walker**<br>Susman Godfrey L.L.P.<br>1201 Third Avenue<br>Suite 3800<br>Seattle, WA 98101<br>206-516-3880<br>Fax: 206-516-3883<br>dwalker@susmangodfrey.com | *Attorneys for Plaintiff Bruce Hut* |
| **Jack Wing Lee**<br>Minami Tamaki LLP<br>360 Post Street<br>8th Floor<br>San Francisco, CA 94108<br>415/788-9000<br>Fax: 415-398-3887<br>jlee@MinamiTamaki.com | *Attorneys for Dickson Leung* |
| **Terry Gross**<br>Gross & Belsky LLP<br>180 Montgomery Street<br>Suite 2200<br>San Francisco, CA 94104<br>415-544-0200<br>Fax: 415-544-0201<br>terry@gba-law.com | *Attorneys for Kevin Moy* |
| **Susan Gilah Kupfer**<br>Glancy Binkow & Goldberg LLP<br>One Embarcadero Center<br>Suite 760<br>San Francisco, CA 94111<br>415-972-8160<br>Fax: 415-972-8166<br>skupfer@glancylaw.com | *Attorneys for Rufus Browning* |

- 6 -

REPRESENTATION STATEMENT

| | |
|---|---|
| **Guido Saveri**<br>(See above for address)<br>*LEAD ATTORNEY* | *Attorneys for Plaintiff Lolly Randall* |
| **Cadio R. Zirpoli**<br>Saveri & Saveri, Inc.<br>706 Sansome Street<br>San Francisco, CA 94111<br>415-217-6810<br>Fax: 415-217-6813<br>zirpoli@saveri.com | *Attorneys for Plaintiff Lolly Randall* |
| **Richard Alexander Saveri**<br>Saveri & Saveri, Inc.<br>706 Sansome Street<br>San Francisco, CA 94111<br>415-217-6810<br>Fax: 415-217-6813<br>rick@saveri.com | *Attorneys for Plaintiff Lolly Randall* |
| **B. J. Wade**<br>Glassman Edwards Wade & Wyatt, P. C.<br>26 N. Second Street<br>Memphis, TN 38103<br>(901) 521-0940 | *Attorneys for Plaintiff Lolly Randall* |
| **John G. Emerson**<br>Emerson Poynter LLP<br>830 Apollo Lane<br>Houston, TX 77058<br>281-488-8854<br>Fax: 281-488-8867<br>jemerson@emersonpoynter.com | *Attorneys for Plaintiff Lolly Randall* |
| **Lawrence D. McCabe**<br>Murray Frank & Sailer LLP<br>275 Madison Avenue<br>New York, NY 10016<br>212 682-1818 | *Attorneys for Plaintiff Lolly Randall* |
| **Guido Saveri**<br>(See above for address)<br><br>**B. J. Wade**<br>(See above for address)<br><br>**Cadio R. Zirpoli**<br>(See above for address)<br><br>**John G. Emerson**<br>(See above for address)<br><br>**Lawrence D. McCabe**<br>(See above for address) | *Attorneys for Christian Duke* |

- 7 -

| | |
|---|---|
| **Richard Alexander Saveri**<br>(See above for address) | |
| **William John Heye**<br>Saveri & Saveri, Inc.<br>706 Sansome Street<br>San Francisco, CA 94111<br>415-217-6810<br>Fax: 415-217-6813<br>william@saveri.com | *Attorneys for Christian Duke* |
| **Scott E. Poynter**<br>Emerson Poynter LLP<br>The Museum Center<br>500 President Clinton Ave.<br>Suite 305<br>Little Rock, AR   72201<br>501-907-2555<br>Fax: 501-907-2556<br>scott@emersonpoynter.com | *Attorneys for Christian Duke* |
| **Graham Bruce LippSmith**<br>Girardi & Keese<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90017<br>213-977-0211<br>Fax: 213-481-1554<br>glippsmith@girardikeese.com | *Attorneys for Plaintiff Andrew Barton* |
| **Graham Bruce LippSmith**<br>(See above for address) | *Attorneys for Plaintiff Tracey Wadmore Smith* |
| **Guido Saveri**<br>(See above for address) | *Attorneys for Plaintiff Michael Benson* |
| **Guido Saveri**<br>(See above for address) | *Attorneys for Plaintiff Tori Kitagawa* |
| **Brian Joseph Barry , Esq.**<br>Law Offices of Brian Barry<br>1801 Avenue of The Stars<br>Suite 307<br>Los Angeles, CA 90067<br>310-788-0831<br>Fax: 310-788-0841<br>bribarry1@yahoo.com | *Attorneys for Plaintiff Woodrow Clark II* |
| **Brian Joseph Barry , Esq.**<br>(See above for address) | *Attorneys for Plaintiff James Evans* |
| **Brian Stephen Kabateck**<br>Kabateck Brown Kellner LLP<br>644 South Figueroa Street | *Attorneys for Plaintiff Meor Adlin* |

- 8 -

REPRESENTATION STATEMENT

Los Angeles, CA 90017
(213) 217-5000
Fax: (213) 217-5010
Email: bsk@kbklawyers.com

| | |
|---|---|
| **Guido Saveri**<br>(See above for address)<br>*LEAD ATTORNEY* | *Attorneys for Plaintiff Justin LaBarge* |
| **Eugene A. Spector**<br>Spector Roseman Kodroff & Willis, PC<br>1818 Market Street<br>25th Floor<br>Philadelphia, PA 19103<br>215-496-0300<br>espector@srkw-law.com | *Attorneys for Plaintiff Justin LaBarge* |
| **Guido Saveri**<br>(See above for address)<br>*LEAD ATTORNEY* | *Attorneys for Plaintiff Scott Frederick* |
| **Garrett D. Blanchfield , Jr.**<br>Reinhardt Wendorf & Blanchfield<br>East 1250 First National Bank Building<br>322 Minnesota Street<br>St. Paul, MN 55101<br>651-287-2100<br>Fax: 651-287-2103<br>g.blanchfield@rwblawfirm.com | *Attorneys for Plaintiff Scott Frederick* |
| **Christopher T. Heffelfinger**<br>Berman DeValerio<br>3507 Kyoto Gardens Drive, Suite 200<br>Palm Beach Gardens, FL 33410<br>415-433-3200<br>Fax: 415-433-6382<br>cheffelfinger@bermandevalerio.com | *Attorneys for Plaintiff Reiko Hirai* |
| **Daniel E. Gustafson**<br>Gustafson Gluek PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402<br>612-333-8844<br>Fax: 612-339-6622<br>dgustafson@gustafsongluek.com | *Attorneys for Plaintiff Reiko Hirai* |
| **Dianne M. Nast**<br>Roda & Nast PC<br>801 Estelle Drive<br>Lancaster, PA 17601<br>717-892-3000<br>Fax: 717-892-1200<br>dnast@rodanast.com | *Attorneys for Plaintiff Reiko Hirai* |

- 9 -

REPRESENTATION STATEMENT

| | |
|---|---|
| **Joseph Goldberg**<br>Freedman Boyd Hollander Goldberg & Ives, P.A.<br>20 First Plaza<br>Suite 700<br>Albuquerque, NM 87102<br>505-842-9960<br>Fax: 505-842-0761<br>jg@fbdlaw.com | *Attorneys for Plaintiff Reiko Hirai* |
| **Richard J. Arsenault**<br>Neblett, Beard & Arsenault<br>P.O. Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA 71309<br>318/487-9874<br>Fax: 318/561-2591<br>rarsenault@nbalawfirm.com | *Attorneys for Plaintiff Reiko Hirai* |
| **W. Joseph Bruckner**<br>Lockridge Grindal Nauen P.L.L.P<br>100 Washington Avenue S<br>Suite 2200<br>Minneapolis, MN 55401<br>612-339-6900<br>Fax: 612-339-0981<br>wjbruckner@locklaw.com | *Attorneys for Plaintiff Reiko Hirai* |
| **Mario Nunzio Alioto**<br>(See above for address)<br><br>**Sherman Kassof**<br>(See above for address) | *Attorneys for Plaintiff Ireatha Diane Mitchell* |
| **Ashlei Melissa Vargas**<br>**Bruce Lee Simon**<br>Pearson Simon Warshaw Penny LLP<br>44 Montgomery Street<br>Suite 2450<br>San Francisco, CA 94104<br>415-433-9000<br>Fax: 415-433-9008<br>avargas@pswplaw.com<br>bsimon@pswplaw.com | *Attorneys for Plaintiff Franklyn Ajaye* |
| **No Additional Attorneys. See Attorneys for All Plaintiff** | *Attorneys for Plaintiff Larry Chen* |
| **Gregory Jonathon**<br>**Pierce Henry O'Donnell**<br>**Robert M. Partin**<br>O'Donnell & Associates P.C.<br>550 South Hope Street, Suite 1000 | *Attorneys for Plaintiff David Kuo* |

- 10 -

| | |
|---|---|
| Los Angeles, CA 90071<br>213-347-0290<br>Fax: 213-347-0299<br>pod@oslaw.com<br>rpartian@oslaw.com | |
| **Gregory Jonathon Mann**<br>**Pierce Henry O'Donnell**<br>**Robert M. Partin**<br>(See above for address) | *Attorneys for Plaintiff David Murphy* |
| **Ashlei Melissa Vargas**<br>(See above for address)<br><br>**Bruce Lee Simon**<br>(See above for address) | *Attorneys for Plaintiff Titi Tran* |
| **Sylvia M. Sokol**<br>Moscone Emblidge & Sater LLP<br>220 Montgomery Street<br>Suite 2100<br>San Francisco, CA 94111<br>415-362-3599<br>Fax: 415-362-2006<br>sokol@mesllp.com | *Attorneys for Plaintiff Caroline Joy* |
| **Jesse William Markham**<br>Holme Roberts & Owen LLP<br>560 Mission Street, Suite 2500<br>San Francisco, CA 94105-2994<br>415-268-2000<br>Fax: 415-268-1999<br>jesse.markham@hro.com | *Attorneys for Defendant Air New Zealand* |
| **Michael J. Holland**<br>Condon & Forsyth LLP<br>7 Times Square<br>New York, NY 10036<br>212-490-9100<br>Fax: 212-370-4482<br>mholland@condonlaw.com | *Attorneys for Defendant Air New Zealand* |
| **Roderick D. Margo**<br>**Scott David Cunningham**<br>Condon & Forsyth LLP<br>1901 Avenue of the Stars, Ste 850<br>Los Angeles, CA 90067<br>310-557-2030<br>Fax: 310-557-1299<br>rmargo@condonlaw.com<br>scunningham@condonlaw.com | *Attorneys for Defendant Air New Zealand* |
| **Douglas E. Rosenthal**<br>**Mitchell Leff Stoltz** | *Attorneys for Defendant All Nippon Airways* |

- 11 -

| | |
|---|---|
| Constantine Cannon LLP<br>One Franklin Square<br>1301 K Street, N.W. Suite 1050 East<br>Washington, D.C. 20005<br>drosenthal @constantinecannon.com<br>mstoltz@constantinecannon.com<br>rschwartz@constantinecannon.com<br>asolow@constantinecannon.com<br>rdumas-eymard@constantinecannon.com | |
| **David B. Bamberger**<br>**Deana Louise Cairo**<br>**Danielle Fitzpatrick**<br>DLA Piper LLP<br>500 8th Street, N.W.<br>Washington, DC 20004<br>202-799-4500<br>Fax: 202-799-5500<br>david.bambarger@dlapiper.com<br>deana.cairo@dlapiper.com<br>danielle.Fitzpatrick @dlapipers.com | *Attorneys for Defendant Cathay Pacific Airways* |
| **James V Dick**<br>Squire, Sanders & Dempsey, LLP<br>1201 Pennsylvania Ave., NW<br>Suite 500<br>Washington, DC 20004<br>202-626-6714<br>Fax: 202-626-6780<br>jdick@ssd.com | *Attorneys for Defendant China Airlines* |
| **Christopher T. Casamassima**<br>**Andrew P. Young**<br>**James Mutchnik**<br>**Pantea Yashar**<br>Kirkland & Ellis LLP<br>333 South Hope Street<br>Los Angeles, CA 90017<br>213-680-8353<br>chris.casamassima@kirkland.com<br>andrew.young@kirkland.com<br>james.mutchnik@kirkland.com<br>pyashar@kirkland.com | *Attorneys for Defendant Eva Airways* |
| **William Karas**<br>**Kenneth P. Ewing**<br>Steptoe & Johnson LLP<br>1330 Connecticut Ave, NW<br>Washington, DC 20036<br>212-429-6223<br>Fax: 202-261-0651<br>wkaras@steptoe.com<br>kewing@steptoe.com | *Attorneys for Defendant Japan Airlines International* |

- 12 -

| | |
|---|---|
| **William R. Sherman**<br>**Charles R. Price**<br>**Jason D. Cruise**<br>Latham & Watkins LLP<br>555 – 11th Street, N.W.<br>Washington, D.C. 20004<br>202-637-2200<br>Fax: 202-637-2201<br>william.sherman@lw.com<br>randy.price@lw.com<br>jason.cruise@lw.com | *Attorneys for Defendant Singapore Airlines* |
| **Rowan D. Wilson**<br>**Gina M. Magel**<br>**Leslie A. O'Brien**<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>212-474-1000<br>Fax: 212-474-3700<br>rwilson@cravath.com<br>gmagel@cravath.com<br>lobrien@cravath.com | *Attorneys for Defendant Thai Airways* |
| **Jung-Ying Joann Liao**<br>**Edward D. Johnson**<br>**Mitchell D. Raup**<br>Mayer Brown LLP<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306-2112<br>650-331-2000<br>Fax: 650-331-2060<br>jliao@mayerbrown.com<br>wjohnson@mayerbrown.com<br>mraup@mayerbrown.com | *Attorneys for Defendant United Airlines* |
| **Michael Bertram McNaughton**<br>Hanson, Bridgett, Marcus Vlahos & Rudy<br>333 Market Street, Suite 2300<br>San Francisco, CA 94105<br>417-777-3200<br>mmcnaughton@hansonbridgett.com | *Attorneys for Defendant Qantas Airways, Ltd.* |
| **Kimberley N. Shaw**<br>**W. Todd Miller**<br>Baker & Miller PLLC<br>Suite 300<br>2401 Pennsylvania Ave., NW<br>Washington, DC 20037<br>202-663-7820<br>Fax: 202-663-7849<br>kshaw@bakerandmiller.com | *Attorneys for Defendant Qantas Airways, Ltd.* |

- 13 -

REPRESENTATION STATEMENT

| | |
|---|---|
| tmiller@bakerand miller.com | |
| **Brenda DiLuigi**<br>**James Warnot**<br>**Thomas McGrath**<br>Linklaters<br>1345 Avenue of the Americas<br>New York, NY 10105<br>212-903-9000<br>Fax: 212-903-9100<br>brenda.diluigi@linklaters.com<br>james.warnot@linklaters.com<br>thomas.mcgrath@linklaters.com | *Attorneys for Defendant Air France* |
| **Mikael Asseffa Abye**<br>**Patrick D. Robbins**<br>Shearman & Sterling LLP<br>525 Market Street<br>San Francisco, CA 94105<br>415-616-100<br>Fax: 415-616-1199<br>mabye@shearman.com<br>probbins@shearman.com | *Attorneys for Defendant Continental Airlines* |
| **Paul L. Yde**<br>**Richard Sutton Snyder**<br>Freshfields Bruckhaus Deringer US LLP<br>701 Pennsylvania Ave., NW<br>Suite 600<br>Washington, DC 20004<br>202-777-4530<br>Fax: 202-777-4555<br>paul.yde@freshfields.com<br>richard.snyder@freshfields.com | *Attorneys for Defendant Continental Airlines* |
| **Anita Fern Stork**<br>**Kelly Patrice Finley**<br>Covington & Burling LLP<br>One Front Street<br>35th Floor<br>San Francisco, CA 94111<br>415-591-6000<br>Fax: 415-591-6091<br>astork@cov.com<br>kfinley@cov.com | *Attorneys for Defendant Philippine Airline, Inc.* |
| **David Andrew Senior**<br>**Matthew Weston**<br>**Ann-Kathryn Rose Tria**<br>McBreen & Senior<br>2029 Century Park East<br>Third Floor<br>Los Angeles, CA 90067<br>310-552-5300 | *Attorneys for Defendant Malaysian Airline*<br>*System Berhad* |

- 14 -

REPRESENTATION STATEMENT

| 1 | Fax: 310-552-1205<br>dsenior@mcbrrensenior.com | |
|---|---|---|
| 2 | mweston@mcbreensenior.com<br>atria@mcbreensenior.com | |
| 3 | | |
| 4 | **George David Ruttinger**<br>Crowell & Moring | *Attorneys for Defendant SAS AB* |
| 5 | 1001 Pennsylvania Ave NW<br>Washington, DC 20004-2505<br>202-624-2500 | |
| 6 | gruttinger@crowell.com | |
| 7 | **Gary A. McDonald**<br>**John M. Nannes** | *Attorneys for Defendant Koninklijke Luchtvaart*<br>*Maatschappij N.V.* |
| 8 | Skadden, Arps, Slate, Meagher & Flom<br>1440 New York Avenue N.W. | |
| 9 | Washington D.C. 20005<br>202-371-7000 | |
| 10 | gary.macdonald@skadden.com<br>john.nannes@skadden.com | |
| 11 | | |
| 12 | **Jeffrey Michael Smith**<br>U.S. Dep't of Justice | *Attorneys for Interested Party United States of*<br>*America* |
| 13 | Civil Division<br>20 Massachusetts Ave., NW | |
| 14 | Room 7144<br>Washington, DC 20001 | |
| 15 | 202-514-5751<br>Jeffrey.Smith5@usdoj.gov | |

Date: June 2, 2011

HOGAN LOVELLS US LLP
By: Robert B. Hawk
Robert B. Hawk
525 University Avenue, 4th Floor
Palo Alto, California
Telephone: (650) 463-4000
Facsimile: (650) 463-4199

*Attorney for Defendant*
Vietnam Airlines Corporation

- 15 -

REPRESENTATION STATEMENT