BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
ROBERT G. RETANA (Bar No. 148677)
  rretana@pswlaw.com
THOMAS K BOARDMAN (Bar No. 276313)
  tboardman@pswlaw.com
WILLIAM J. NEWSOM (Bar No. 267643)
  wnewsom@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile:   (415) 433-9008

*Attorneys for Plaintiffs Franklyn Ajaye, Ming-Chun Wu Chen, Tzu-Chiao Chen, Rayna Rusenko, Titi Tran, Boris Zingerman, and Galina Zingerman*

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TRANSPACIFIC AIR PASSENGER ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO. MDL 3:08-md-1913 CRB<br><br>**NOTICE OF CHANGE OF FIRM NAME AND E-MAIL ADDRESSES** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the law firm of Pearson, Simon, Warshaw & Penny, LLP hereby advises the Court and all parties in this matter that as of March 18, 2013, the firm's new name is:

**PEARSON, SIMON & WARSHAW, LLP**

The address, telephone and facsimile numbers remain the same.  The e-mail addresses for the attorneys in this matter have been changed as follows:

854294.1                                                                                                                    MDL 3:08-md-1913 CRB
NOTICE OF CHANGE OF FIRM NAME AND E-MAIL ADDRESSES

|    |                        |                                    |
|----|------------------------|------------------------------------|
| 1  | Bruce L. Simon         | bsimon@pswlaw.com                  |
| 2  | Robert G. Retana       | rretana@pswlaw.com                 |
| 3  | Thomas K. Boardman     | tboardman@pswlaw.com               |
| 4  | William J. Newsom      | wnewsom@pswlaw.com                 |

6  DATED: April 3, 2013           **PEARSON, SIMON & WARSHAW, LLP**

8                  By:   */s/ Bruce L. Simon*
                         BRUCE L. SIMON
9   Attorneys for Plaintiffs Franklyn Ajaye, Ming-Chun Wu Chen, Tzu-Chiao Chen, Rayna Rusenko, Titi Tran, Boris Zingerman, and Galina Zingerman